Theodore Stevenson III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Fax: (214) 978-4044

Kevin Burgess
Texas State Bar No. 24006927
kburgess@mckoolsmith.com
Pierre Hubert
Texas State Bar No. 24002317
phubert@mckoolsmith.com
MCKOOL SMITH, P.C.
300 W. 6th St., Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Fax: (512) 692-8744

Michael D. Rounds
Nevada Bar No. 4734
mrounds@watsonrounds.com
Adam K. Yowell
Nevada Bar No. 11748
ayowell@watsonrounds.com
WATSON ROUNDS
5371 Kietzke Lane
Reno, NV 89511-2083
Telephone: (775) 324-4100
Fax: (775) 333-8171

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
RENO DIVISION**

| | |
|---|---|
| **UNWIRED PLANET LLC, a Nevada limited liability company,**<br><br>   Plaintiff,<br><br>   v.<br><br>**GOOGLE INC., a Delaware corporation,**<br><br>   Defendant. | **Case No. 3:12-CV-00504-LRH-VPC**<br><br>**UNWIRED PLANET LLC'S CERTIFICATE OF INTERESTED PARTIES** |

-1-

McKool 822779v1

The undersigned, counsel of record for Plaintiff, UNWIRED PLANET LLC, certifies that the following have an interest in the outcome of this case: Unwired Planet, Inc., a publicly held corporation which both directly and through its wholly-owned subsidiary Unwired Planet IP Holdings, Inc., wholly owns Plaintiff Unwired Planet, LLC.

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

Dated:  September 28, 2012            Respectfully submitted,

   /s/ Adam K. Yowell
Michael D. Rounds
Nevada Bar No. 4734
mrounds@watsonrounds.com
Adam K. Yowell
Nevada Bar No. 11748
ayowell@watsonrounds.com
WATSON ROUNDS
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: (775) 324-4100
Fax: (775) 333-8171

Theodore Stevenson III (*)
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Fax: (214) 978-4044

Kevin Burgess (*)
Texas State Bar No. 24006927
kburgess@mckoolsmith.com
Pierre Hubert (*)
Texas State Bar No. 24002317
phubert@mckoolsmith.com
MCKOOL SMITH, P.C.
300 W. 6th St., Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Fax: (512) 692-8744

**(*) will comply with LR IA 10-2 within 45 days**

**ATTORNEYS FOR PLAINTIFF
UNWIRED PLANET LLC**

McKool 822779v1