Theodore Stevenson III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Fax: (214) 978-4044

Kevin Burgess
Texas State Bar No. 24006927
kburgess@mckoolsmith.com
Pierre Hubert
Texas State Bar No. 24002317
phubert@mckoolsmith.com
MCKOOL SMITH, P.C.
300 W. 6th St., Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Fax: (512) 692-8744

Michael D. Rounds
Nevada Bar No. 4734
mrounds@watsonrounds.com
Adam K. Yowell
Nevada Bar No. 11748
ayowell@watsonrounds.com
WATSON ROUNDS
5371 Kietzke Lane
Reno, NV 89511-2083
Telephone: (775) 324-4100
Fax: (775) 333-8171

*Attorneys for Plaintiff*

FILED ✓   RECEIVED ___
ENTERED ___   SERVED ON ___
COUNSEL/PARTIES OF RECORD

NOV - 1 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
RENO DIVISION

| | |
|---|---|
| UNWIRED PLANET LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:12-CV-00504-LRH-VPC<br><br>STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT'S TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT<br><br>(First Request) |

-1-

McKool 822779v1

1  WHEREAS, Plaintiff UNWIRED PLANET LLC commenced this action by filing a
2  Complaint for Patent Infringement ("the Complaint") on September 19, 2012, in the United State
3  District Court for the District of Nevada;

4  WHEREAS, Defendant Google Inc. was served with the Complaint on October 9, 2012,
5  and must currently answer, move, or otherwise respond to the Complaint on or before October 30,
6  2012;

7  WHEREAS, the Complaint covers ten asserted patents and multiple accused products and
8  technologies; and

9  WHEREAS, a short extension of time for Google Inc. to respond to the Complaint will
10 allow Google Inc. the time necessary to analyze its potential defenses and to prepare and file a
11 response to the allegations in the Complaint;

12 ACCORDINGLY, Plaintiff UNWIRED PLANET, LLC, and Defendant Google Inc.,
13 hereby stipulate that Defendant Google Inc.'s time to answer, move, or other wise respond to the
14 Complaint shall be extended by 21 days to November 20, 2012.

15 Dated: October 30, 2012

16 **IT IS SO AGREED AND STIPULATED**

| GOOGLE INC. | WATSON ROUNDS |
|---|---|
| By: /s/ Shane Glynn<br>Shane Glynn<br>California Bar No. 244430<br>Google Inc.<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043<br>Telephone: (650) 318-1336<br><br>*Attorneys for Defendant* | By: /s/ Michael D. Rounds<br>Michael D. Rounds<br>Nevada State Bar No. 4734<br>mrounds@watsonrounds.com<br>Adam K. Yowell<br>Nevada State Bar No. 11748<br>ayowell@watsonrounds.com<br>WATSON ROUNDS<br>5371 Kietzke Lane<br>Reno, NV 89511<br>Telephone: (775) 324-4100<br>Facsimile: (775) 333-8171<br><br>Theodore Stevenson, III<br>Texas State Bar No. 19196650<br>tstevenson@mckoolsmith.com<br>MCKOOL SMITH, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, TX 75201 |

McKool 822779v1

1

2

Telephone: (214) 978-4000
Facsimile: (214) 978-4044

3

Kevin Burgess
Texas State Bar No. 24006927
kburgess@mckoolsmith.com

4

Pierre Hubert
Texas State Bar No. 24002317

5

phubert@mckoolsmith.com
MCKOOL SMITH, P.C.

6

300 W. 6th St., Suite 1700
Austin, Texas 78701

7

Telephone: (512) 692-8700
Fax: (512) 692-8744

8

*Attorneys for Plaintiff*

9

10

11  **IT IS SO ORDERED**:

12

13  _____

14  UNITED STATES DISTRICT JUDGE
          *Magistrate*

15  Dated: October 31, 2012

16

-3-

McKool 822779v1