GORDON SILVER
JOHN P. DESMOND
Nevada Bar No. 5618
100 West Liberty Street
Suite 940
Reno. NV 89501
Tel: (775) 343-7500
Fax: (775) 786-0131
Email: jdesmond@gordonsilver.com

Gregory P. Stone*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Tel:    (213) 683-9100
Fax:    (213) 687-3702
Email: gregory.stone@mto.com

Peter A. Detre*
MUNGER, TOLLES & OLSON LLP
560 Mission Street
San Francisco, CA 94105-2907
Tel:    (415) 512-4000
Fax:    (415) 512-4077
Email: peter.detre@mto.com

*Will comply with LR IA 10-2 within 45 days

*Attorneys for Defendant*
*GOOGLE, INC.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNWIRED PLANET LLC, | CASE NO. 3:12-cv-00504-LRH-VPC |
| Plaintiff, | |
| vs. | STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT'S TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT |
| GOOGLE INC., | |
| Defendants. | **(Second Request)** |

Gordon Silver
Attorneys At Law
Suite 940
100 West Liberty Street
Reno, Nevada 89501
(775)343-7500

103323-001/1474746

1 of 3

1      WHEREAS, Plaintiff Unwired Planet LLC ("Unwired Planet") commenced this action

2  by filing its Complaint in this Court on September 19, 2012;

3      WHEREAS, Defendant Google Inc. ("Google") was served with the Complaint on

4  October 9, 2012;

5      WHEREAS, on October 30, 2012, the parties stipulated to extend Google's time to

6  answer, move, or otherwise respond to the Complaint until November 20, 2012 (dkt. 12), which

7  stipulation the Court granted on November 1, 2012 (dkt. 14);

8      WHEREAS, Google has recently retained counsel in this action;

9      WHEREAS, a short additional extension of time for Google to answer or otherwise

10  respond to the Complaint will allow Google's recently retained counsel the time necessary to

11  analyze Google's potential defenses and to prepare a response to the allegations in the

12  Complaint;

13      NOW, THEREFORE, Unwired Planet and Google hereby stipulate that Google's time to

14  answer or otherwise respond to the Complaint will be extended by 9 days, to and including

15  November 29, 2012.

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

Gordon Silver
Attorneys At Law
Suite 940
100 West Liberty Street
Reno, Nevada 89501
(775)343-7500

103323-001/1474746

DATED: November 13, 2012

By:/s/ Pierre Hubert

Michael D. Rounds (Nevada Bar No. 4734)
mrounds@watsonrounds.com
Adam K. Yowell (Nevada Bar No. 11748)
ayowell@watsonrounds.com
WATSON ROUNDS
5371 Kietzke Lane
Reno, NV 89511-2083
Telephone:    (775) 324-4100
Facsimile:    (775) 333-8171

Theodore Stevenson III
tstevenson@mckoolsmith.com
MCKOOL SMITH, P.C.
3000 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone:    (214) 978-4000
Facsimile:    (214) 978-4044

Kevin Burgess
kburgess@mckoolsmith.com
Pierre Hubert
phubert@mckoolsmith.com
John M. Shumaker
jshumaker@mckoolsmith.com
MCKOOL SMITH, P.C.
300 West 6th Street, Suite 1700
Austin, TX 78701
Telephone:    (512) 692-8700
Facsimile:    (512) 692-8744

Attorneys for Plaintiff
UNWIRED PLANET LLC

By:/s/ John P. Desmond

John P. Desmond (Nevada Bar No. 5618)
jdesmond@gordonsilver.com
GORDON SILVER
100 West Liberty Street, Suite 940
Reno, Nevada 89501
Telephone:    (775) 343-7500
Facsimile:    (775) 786-0131

Gregory P. Stone*
gregory.stone@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

Peter A. Detre*
peter.detre@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
San Francisco, CA 94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

* Will comply with LR IA 10-2 within 45
days

Attorneys for Defendant
GOOGLE INC.

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

DATED: _____

Gordon Silver
Attorneys At Law
Suite 940
100 West Liberty Street
Reno, Nevada 89501
(775)343-7500

103323-001/1474746

3 of 3

1

CERTIFICATE OF SERVICE

2   I certify that I am an employee of GORDON SILVER, and that on this date, pursuant to FRCP
3   5(b), I am serving the attached STIPULATION AND PROPOSED ORDER EXTENDING
    DEFENDANT'S TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE
4   COMPLAINT (Second Request) on the party set forth below by:

5               _____        Placing an original or true copy thereof in a sealed envelope placed for
6   collection and mailing in the United States Mail at Reno, Nevada, postage prepaid, following
    ordinary business practices

7
                _____        Certified Mail, Return Receipt Requested
8
                _____        Via Facsimile (Fax)
9
                _____        Placing an original or true copy thereof in a sealed envelope and
10                              causing the same to be personally Hand-Delivered

11
                _____        Federal Express (or other overnight delivery)
12
                __XX__          E-service effected by CM/ECF
13
    addressed as follows:
14

15  Michael D. Rounds (Nevada Bar No. 4734)
    mrounds@watsonrounds.com
16  Adam K. Yowell (Nevada Bar No. 11748)
    ayowell@watsonrounds.com
17  WATSON ROUNDS
    5371 Kietzke Lane
18  Reno, NV 89511-2083
    Telephone:    (775) 324-4100
19  Facsimile:    (775) 333-8171

20  Theodore Stevenson III
    tstevenson@mckoolsmith.com
21  MCKOOL SMITH, P.C.
    3000 Crescent Court, Suite 1500
22  Dallas, TX 75201
    Telephone:    (214) 978-4000
23  Facsimile:    (214) 978-4044

24  Kevin Burgess
    kburgess@mckoolsmith.com
25  Pierre Hubert
    phubert@mckoolsmith.com
26  John M. Shumaker
    jshumaker@mckoolsmith.com
27  MCKOOL SMITH, P.C.
    300 West 6th Street, Suite 1700
28

Gordon Silver
Attorneys At Law
Suite 940
100 West Liberty Street
Reno, Nevada 89501
(775)343-7500

103323-001/1737880

1  Austin, TX 78701
   Telephone:    (512) 692-8700
2  Facsimile:    (512) 692-8744

3  Attorneys for Plaintiff
   UNWIRED PLANET LLC

4

5

       DATED this 13th day of November 2012.

6

7

8                                        /s/ Adela Hernandez

9                                        /s/ Adela Hernandez

10                                       An Employee of Gordon Silver

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gordon Silver
Attorneys At Law
Suite 940
100 West Liberty Street
Reno, Nevada 89501
(775)343-7500

103323-001/1737880