GORDON SILVER
JOHN P. DESMOND
Nevada Bar No. 5618
100 West Liberty Street
Suite 940
Reno. NV 89501
Tel: (775) 343-7500
Fax: (775) 786-0131
Email: jdesmond@gordonsilver.com

Gregory P. Stone*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Tel:   (213) 683-9100
Fax:   (213) 687-3702
Email: gregory.stone@mto.com

Peter A. Detre*
MUNGER, TOLLES & OLSON LLP
560 Mission Street
San Francisco, CA 94105-2907
Tel:   (415) 512-4000
Fax:   (415) 512-4077
Email: peter.detre@mto.com

*Will comply with LR IA 10-2 within 45 days

*Attorneys for Defendant*
GOOGLE, INC.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNWIRED PLANET LLC, | CASE NO. 3:12-cv-00504-LRH-VPC |
| Plaintiff, | |
| vs. | STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT'S TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT |
| GOOGLE INC., | |
| Defendants. | (Second Request) |

Gordon Silver
Attorneys At Law
Suite 940
100 West Liberty Street
Reno, Nevada 89501
(775)343-7500

103323-001/1474746

1 of 3

1  WHEREAS, Plaintiff Unwired Planet LLC ("Unwired Planet") commenced this action
2  by filing its Complaint in this Court on September 19, 2012;

3  WHEREAS, Defendant Google Inc. ("Google") was served with the Complaint on
4  October 9, 2012;

5  WHEREAS, on October 30, 2012, the parties stipulated to extend Google's time to
6  answer, move, or otherwise respond to the Complaint until November 20, 2012 (dkt. 12), which
7  stipulation the Court granted on November 1, 2012 (dkt. 14);

8  WHEREAS, Google has recently retained counsel in this action;

9  WHEREAS, a short additional extension of time for Google to answer or otherwise
10 respond to the Complaint will allow Google's recently retained counsel the time necessary to
11 analyze Google's potential defenses and to prepare a response to the allegations in the
12 Complaint;

13 NOW, THEREFORE, Unwired Planet and Google hereby stipulate that Google's time to
14 answer or otherwise respond to the Complaint will be extended by 9 days, to and including
15 November 29, 2012.

16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Gordon Silver
Attorneys At Law
Suite 940
100 West Liberty Street
Reno, Nevada 89501
(775)343-7500

103323-001/1474746

2 of 3

1  DATED: November 13, 2012

2

3  By: /s/ Pierre Hubert                           By: /s/ John P. Desmond

4  Michael D. Rounds (Nevada Bar No. 4734)         John P. Desmond (Nevada Bar No. 5618)
   mrounds@watsonrounds.com                        jdesmond@gordonsilver.com
5  Adam K. Yowell (Nevada Bar No. 11748)           GORDON SILVER
   ayowell@watsonrounds.com                        100 West Liberty Street, Suite 940
6  WATSON ROUNDS                                   Reno, Nevada 89501
   5371 Kietzke Lane                               Telephone:    (775) 343-7500
7  Reno, NV 89511-2083                             Facsimile:    (775) 786-0131
   Telephone:    (775) 324-4100
8  Facsimile:    (775) 333-8171                    Gregory P. Stone*
                                                   gregory.stone@mto.com
9  Theodore Stevenson III                          MUNGER, TOLLES & OLSON LLP
   tstevenson@mckoolsmith.com                      355 South Grand Avenue, 35th Floor
10 MCKOOL SMITH, P.C.                              Los Angeles, CA 90071-1560
   3000 Crescent Court, Suite 1500                 Telephone:    (213) 683-9100
11 Dallas, TX 75201                                Facsimile:    (213) 687-3702
   Telephone:    (214) 978-4000
12 Facsimile:    (214) 978-4044                    Peter A. Detre*
                                                   peter.detre@mto.com
13 Kevin Burgess                                   MUNGER, TOLLES & OLSON LLP
   kburgess@mckoolsmith.com                        560 Mission Street
14 Pierre Hubert                                   San Francisco, CA 94105-2907
   phubert@mckoolsmith.com                         Telephone:    (415) 512-4000
15 John M. Shumaker                                Facsimile:    (415) 512-4077
   jshumaker@mckoolsmith.com
16 MCKOOL SMITH, P.C.                              * Will comply with LR IA 10-2 within 45
   300 West 6th Street, Suite 1700                 days
17 Austin, TX 78701
   Telephone:    (512) 692-8700                    Attorneys for Defendant
18 Facsimile:    (512) 692-8744                    GOOGLE INC.

19 Attorneys for Plaintiff
   UNWIRED PLANET LLC
20
                    *This is the final extension. VPC*
21
                                                   IT IS SO ORDERED:
22

23                                                 _____
24                                                 United States Magistrate Judge
25
                                                   DATED: November 15, 2012
26

27

28

Gordon Silver
Attorneys At Law
Suite 940
100 West Liberty Street   103323-001/1474746                3 of 3
Reno, Nevada 89501
(775)343-7500

CERTIFICATE OF SERVICE

I certify that I am an employee of GORDON SILVER, and that on this date, pursuant to FRCP 5(b), I am serving the attached STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT'S TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT (Second Request) on the party set forth below by:

_____  Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail at Reno, Nevada, postage prepaid, following ordinary business practices

_____  Certified Mail, Return Receipt Requested

_____  Via Facsimile (Fax)

_____  Placing an original or true copy thereof in a sealed envelope and causing the same to be personally Hand-Delivered,

_____  Federal Express (or other overnight delivery)

__XX__  E-service effected by CM/ECF

addressed as follows:

Michael D. Rounds (Nevada Bar No. 4734)
mrounds@watsonrounds.com
Adam K. Yowell (Nevada Bar No. 11748)
ayowell@watsonrounds.com
WATSON ROUNDS
5371 Kietzke Lane
Reno, NV 89511-2083
Telephone:   (775) 324-4100
Facsimile:   (775) 333-8171

Theodore Stevenson III
tstevenson@mckoolsmith.com
MCKOOL SMITH, P.C.
3000 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone:   (214) 978-4000
Facsimile:   (214) 978-4044

Kevin Burgess
kburgess@mckoolsmith.com
Pierre Hubert
phubert@mckoolsmith.com
John M. Shumaker
jshumaker@mckoolsmith.com
MCKOOL SMITH, P.C.
300 West 6th Street, Suite 1700

Gordon Silver
Attorneys At Law
Suite 940
100 West Liberty Street
Reno, Nevada 89501
(775)343-7500

103323-001/1737880

1. Austin, TX 78701
2. Telephone: (512) 692-8700
   Facsimile: (512) 692-8744
3. Attorneys for Plaintiff
   UNWIRED PLANET LLC

DATED this 13th day of November 2012.

/s/ Adela Hernandez

An Employee of Gordon Silver

Gordon Silver
Attorneys At Law
Suite 940
100 West Liberty Street
Reno, Nevada 89501
(775)343-7500

103323-001/1737880