1  John P. Desmond (Nevada Bar No. 5618)
   jdesmond@gordonsilver.com
2  GORDON SILVER
   100 West Liberty Street, Suite 940
3  Reno, Nevada 89501
   Telephone:   (775) 343-7500
4  Facsimile:   (775) 786-0131

5  Gregory P. Stone (admitted pro hac vice)
   gregory.stone@mto.com
6  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, 35th Floor
7  Los Angeles, CA 90071-1560
   Telephone:   (213) 683-9100
8  Facsimile:   (213) 687-3702

9  Peter A. Detre (admitted pro hac vice)
   peter.detre@mto.com
10 MUNGER, TOLLES & OLSON LLP
   560 Mission Street
11 San Francisco, CA 94105-2907
   Telephone:   (415) 512-4000
12 Facsimile:   (415) 512-4077

13 *Attorneys for Defendant*
   *GOOGLE INC.*

14

15              UNITED STATES DISTRICT COURT

16                   DISTRICT OF NEVADA

17

18 | Unwired Planet LLC,           | Case No. 3:12-cv-504-LRH-VPC |

19              Plaintiff,

20 v.

21 Google Inc.,

22              Defendant.

23 ─────────────────────────

   Google Inc.,
24
                Counterclaimant,
25
   v.
26
   Unwired Planet LLC,
27
                Counterdefendant.
28

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO CONDUCT RULE 26(f) CONFERENCE AND SUBMIT THE JOINT DISCOVERY PLAN AND SCHEDULING ORDER

### (FIRST REQUEST)

Plaintiff/Counter-Defendant Unwired Planet LLC ("Unwired Planet") through its attorneys of record, MCKOOL SMITH, P.C. and WATSON ROUNDS, and Defendant/Counterclaimant Google, Inc. ("Google"), by and through its attorneys of record, GORDON SILVER and MUNGER, TOLLES & OLSON LLP, hereby stipulate as follows:

1. Unwired Planet initiated this action by filing a Complaint for Patent Infringement (Dkt. # 1) on September 19, 2012.

2. Pursuant to the parties' stipulation and this Court's order approving the same (Dkt. # 20), Google responded to the Complaint by filing an Answer and Counterclaims (Dkt. # 28) on November 29, 2012.

3. Pursuant to Local Rule 26-1(d), "Counsel for plaintiff shall initiate the scheduling of the Fed. R. Civ. P. 26(f) meeting within thirty (30) days after the first defendant answers or otherwise appears," namely by December 31, 2012.

4. On December 20, 2012, Unwired Planet requested to hold a Rule 26(f) conference on December 28, 2012. However, counsel for Google was unavailable on that date.

5. In light of the holiday season, counsel, despite their good faith efforts, were unable to find a mutually agreeable time in which to conduct the Rule 26(f) conference prior to January 11, 2013, and thus, the parties have agreed to conduct the conference on January 11, 2013.

6. As such, counsel hereby stipulate and request approval to conduct the Rule 26(f) conference on January 11, 2013. This stipulation and request is filed in good faith and not for the purpose of delay.

7. Pursuant to Local Rule 26-1(d), the proposed Discovery Plan and Scheduling Order shall thereafter be due on or before January 25, 2013.

///

///

8. This is the first request for approval of the periods within which to conduct the Rule 26(f) conference and submit a proposed Discovery Plan and Scheduling Order.

DATED this 4th day of January, 2013.   WATSON ROUNDS

By: /s/ Michael D. Rounds
Michael D. Rounds
5371 Kietzke Lane
Reno, NV  89511

Theodore Stevenson, III
McKOOL SMITH, P.C.
3000 Crescent Court, Suite 1500
Dallas, TX  75201

Kevin Burgess
McKOOL SMITH, P.C.
300 West 6th Street, Suite 1700
Austin, TX  78701

*Attorneys for Plaintiff*
*Unwired Planet, LLC*

DATED this 4th day of January, 2013.   GORDON SILVER

By: : /s/ John P. Desmond
John P. Desmond
100 West Liberty Street, Suite 940
Reno, NV  89501

Gregory P. Stone
MUNGER, TOLLES & OLSON, LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071-1560

Peter A. Detre
MUNGER, TOLLES & OLSON, LLP
560 Mission Street
San Francisco, CA  94105-2907

*Attorneys for Defendant*
*Google Inc.*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE