Theodore Stevenson III (*pro hac vice*)
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Fax: (214) 978-4044

Kevin Burgess (*pro hac vice*)
Texas State Bar No. 2400069
kburgess@mckoolsmith.com
Pierre Hubert (*pro hac vice*)
Texas State Bar NO. 240023
phubert@mckoolsmith.com
MCKOOL SMITH, P.C.
300 W. 6th St., Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Fax: (512) 692-8744

Michael D. Rounds
Nevada State Bar No. 4734
mrounds@watsonrounds.com
Adam K. Yowell
Nevada State Bar No. 11748
ayowell@watsonrounds.com
WATSON ROUNDS
5371 Kietzke Lane
Reno, NV 89511-2083
Telephone: (775) 324-4100
Fax: (775) 333-8171

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO DIVISION**

| | |
|---|---|
| **UNWIRED PLANET LLC, a Nevada limited liability company,** | Case No. 3:12-cv-0504-LRH-VPC |
| **Plaintiff,** | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR BRIEFING ON GOOGLE'S MOTION TO TRANSFER VENUE** |
| v. | |
| **GOOGLE INC., a Delaware corporation,** | **(FIRST REQUEST)** |
| **Defendant.** | |

Plaintiff/Counter-Defendant Unwired Planet LLC ("Unwired Planet") through its attorneys of record, MCKOOL SMITH, P.C. and WATSON ROUNDS, and Defendant/Counterclaimant Google, Inc. ("Google"), by and through its attorneys of record, GORDON SILVER and MUNGER, TOLLES & OLSON LLP, hereby stipulate as follows:

1. Google filed a Motion to Transfer this action to the Northern District of California on January 10, 2013 (Docket No. 33)

2. Unwired Planet's Opposition to Google's Motion is currently due on January 28, 2013.

3. In order to properly address Google's points and authorities, Unwired Planet has requested an additional seven (7) days to file its Opposition.

4. Google has agreed to this request for additional time.

5. Unwired Planet's Opposition would become due on February 4, 2013.

6. Google has likewise requested an additional seven (7) days to file its Reply to Unwired Planet's Opposition to properly address Unwired Planet's points and authorities.

7. Unwired Planet has agreed to this request.

8. Google's Reply would become due on February 21, 2013.

9. This is the first request for extension of time to respond to Google's Motion, and the first request for extension of time to respond to Unwired Planet's Opposition.

//

//

//

//

| | |
|---|---|
| DATED this 18th day of January, 2013. | WATSON ROUNDS |
| | By: /s/ Michael D. Rounds<br>Michael D. Rounds<br>5371 Kietzke Lane<br>Reno, NV  89511 |
| | Theodore Stevenson, III<br>McKOOL SMITH, P.C.<br>3000 Crescent Court, Suite 1500<br>Dallas, TX  75201 |
| | Kevin Burgess<br>McKOOL SMITH, P.C.<br>300 West 6th Street, Suite 1700<br>Austin, TX  78701 |
| | *Attorneys for  Plaintiff*<br>*Unwired Planet, LLC* |
| DATED this 18th day of January, 2013. | GORDON SILVER |
| | By:  /s/ John P. Desmond<br>John P. Desmond (NV Bar No. 5618)<br>100 West Liberty Street, Suite 940<br>Reno, NV  89501 |
| | Gregory P. Stone<br>MUNGER, TOLLES & OLSON, LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA  90071-1560 |
| | Peter A. Detre<br>MUNGER, TOLLES & OLSON, LLP<br>560 Mission Street<br>San Francisco, CA  94105-2907 |
| | *Attorneys for Defendant*<br>*Google Inc.* |

IT IS SO ORDERED.

DATED this ___ day of January, 2013

UNITED STATES DISTRICT COURT JUDGE