1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**RENO DIVISION**

| | |
|---|---|
| UNWIRED PLANET LLC, a Nevada limited liability company,<br><br>          Plaintiff,<br><br>     v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>          Defendant. | Case No. 3:12-cv-0504-LRH-VPC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR BRIEFING ON GOOGLE'S MOTION TO TRANSFER VENUE**<br><br>**(FIRST REQUEST)** |

1        Plaintiff/Counter-Defendant Unwired Planet LLC ("Unwired Planet") through its attorneys of record, MCKOOL SMITH, P.C. and WATSON ROUNDS, and Defendant/Counterclaimant Google, Inc. ("Google"), by and through its attorneys of record, GORDON SILVER and MUNGER, TOLLES & OLSON LLP, hereby stipulate as follows:

       1.     Google filed a Motion to Transfer this action to the Northern District of California on January 10, 2013 (Docket No. 33)

       2.     Unwired Planet's Opposition to Google's Motion is currently due on January 28, 2013.

       3.     In order to properly address Google's points and authorities, Unwired Planet has requested an additional seven (7) days to file its Opposition.

       4.     Google has agreed to this request for additional time.

       5.     Unwired Planet's Opposition would become due on February 4, 2013.

       6.     Google has likewise requested an additional seven (7) days to file its Reply to Unwired Planet's Opposition to properly address Unwired Planet's points and authorities.

       7.     Unwired Planet has agreed to this request.

       8.     Google's Reply would become due on February 21, 2013.

       9.     This is the first request for extension of time to respond to Google's Motion, and the first request for extension of time to respond to Unwired Planet's Opposition.

//

//

//

//

1 | DATED this 18th day of January, 2013.

WATSON ROUNDS

By: /s/ Michael D. Rounds
Michael D. Rounds
5371 Kietzke Lane
Reno, NV  89511

Theodore Stevenson, III
McKOOL SMITH, P.C.
3000 Crescent Court, Suite 1500
Dallas, TX  75201

Kevin Burgess
McKOOL SMITH, P.C.
300 West 6th Street, Suite 1700
Austin, TX  78701

*Attorneys for Plaintiff*
*Unwired Planet, LLC*

DATED this 18th day of January, 2013.

GORDON SILVER

By: /s/ John P. Desmond
John P. Desmond (NV Bar No. 5618)
100 West Liberty Street, Suite 940
Reno, NV  89501

Gregory P. Stone
MUNGER, TOLLES & OLSON, LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071-1560

Peter A. Detre
MUNGER, TOLLES & OLSON, LLP
560 Mission Street
San Francisco, CA  94105-2907

*Attorneys for Defendant*
*Google Inc.*

IT IS SO ORDERED.

DATED this 22nd day of January, 2013

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE