John P. Desmond (Nevada Bar No. 5618)
jdesmond@gordonsilver.com
GORDON SILVER
100 West Liberty Street, Suite 940
Reno, Nevada 89501
Telephone: (775) 343-7500
Facsimile: (775) 786-0131

Gregory P. Stone (admitted pro hac vice)
gregory.stone@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Peter A. Detre (admitted pro hac vice)
peter.detre@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

*Attorneys for Defendant*
*GOOGLE INC.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Unwired Planet LLC,

Plaintiff,

v.

Google Inc.,

Defendant.

Google Inc.,

Counterclaimant,

v.

Unwired Planet LLC,

Counterdefendant.

Case No. 3:12-cv-504-LRH-VPC

**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE THE CASE MANAGEMENT CONFERENCE**

Plaintiff/Counter-Defendant Unwired Planet LLC ("Unwired Planet") through its attorneys of record, WATSON ROUNDS and MCKOOL SMITH, P.C., and Defendant/Counterclaimant Google, Inc. ("Google"), by and through its attorneys of record, GORDON SILVER and MUNGER, TOLLES & OLSON LLP, hereby stipulate as follows:

1. On January 28, 2013, the Court issued a Minute Order (Dkt. # 37) scheduling a case management conference before United States Magistrate Judge Valerie P. Cooke for Monday February 4, 2013 at 10:30 a.m.

2. Counsel for Google has a scheduling conflict with the date and time set by the Court.

3. The parties have conferred with Magistrate Judge Cooke's court clerk and understand that February 11, 2013 at 2:30 p.m. is an available date and time to re-schedule the conference.

4. Therefore, the parties stipulate and agree that the Case Management Conference will be rescheduled for Monday, February 11, 2013, commencing at 2:30 p.m. before the Honorable Valerie P. Cooke

///

///

///

///

///

///

///

///

5. Consistent with the Court's Minute Order (# 37), the parties further stipulate and agree that a joint case management report shall be filed on or before Thursday, February 7, 2013.

DATED this 30th day of January, 2013.

WATSON ROUNDS

By: /s/ Michael D. Rounds
Michael D. Rounds
5371 Kietzke Lane
Reno, NV 89511

Theodore Stevenson, III
McKOOL SMITH, P.C.
3000 Crescent Court, Suite 1500
Dallas, TX 75201

Kevin Burgess
McKOOL SMITH, P.C.
300 West 6th Street, Suite 1700
Austin, TX 78701

*Attorneys for Plaintiff*
*Unwired Planet, LLC*

DATED this 30th day of January, 2013.

GORDON SILVER

By: /s/ John P. Desmond
John P. Desmond
100 West Liberty Street, Suite 940
Reno, NV 89501

Gregory P. Stone
MUNGER, TOLLES & OLSON, LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560

Peter A. Detre
MUNGER, TOLLES & OLSON, LLP
560 Mission Street
San Francisco, CA 94105-2907

*Attorneys for Defendant*
*Google Inc.*

IT IS SO ORDERED.

DATED this ____ day of ______________, 2013.

______________________________
UNITED STATES MAGISTRATE JUDGE