1  John P. Desmond (Nevada Bar No. 5618)
   jdesmond@gordonsilver.com
2  GORDON SILVER
   100 West Liberty Street, Suite 940
3  Reno, Nevada 89501
   Telephone:   (775) 343-7500
4  Facsimile:   (775) 786-0131

5  Gregory P. Stone (admitted pro hac vice)
   gregory.stone@mto.com
6  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, 35th Floor
7  Los Angeles, CA 90071-1560
   Telephone:   (213) 683-9100
8  Facsimile:   (213) 687-3702

9  Peter A. Detre (admitted pro hac vice)
   peter.detre@mto.com
10 MUNGER, TOLLES & OLSON LLP
   560 Mission Street
11 San Francisco, CA 94105-2907
   Telephone:   (415) 512-4000
12 Facsimile:   (415) 512-4077

13 *Attorneys for Defendant*
   *GOOGLE INC.*

14

FILED / ENTERED — RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD
JAN 3 1 2013
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

15                    **UNITED STATES DISTRICT COURT**

16                          **DISTRICT OF NEVADA**

17

| | |
|---|---|
| 18  Unwired Planet LLC, | Case No. 3:12-cv-504-LRH-VPC |
| 19             Plaintiff, | |
| 20  v. | |
| 21  Google Inc., | |
| 22             Defendant. | |
| 23  Google Inc., | |
| 24             Counterclaimant, | |
| 25  v. | |
| 26  Unwired Planet LLC, | |
| 27             Counterdefendant. | |

28

## STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE THE CASE MANAGEMENT CONFERENCE

Plaintiff/Counter-Defendant Unwired Planet LLC ("Unwired Planet") through its attorneys of record, WATSON ROUNDS and MCKOOL SMITH, P.C., and Defendant/Counterclaimant Google, Inc. ("Google"), by and through its attorneys of record, GORDON SILVER and MUNGER, TOLLES & OLSON LLP, hereby stipulate as follows:

1. On January 28, 2013, the Court issued a Minute Order (Dkt. # 37) scheduling a case management conference before United States Magistrate Judge Valerie P. Cooke for Monday February 4, 2013 at 10:30 a.m.

2. Counsel for Google has a scheduling conflict with the date and time set by the Court.

3. The parties have conferred with Magistrate Judge Cooke's court clerk and understand that February 11, 2013 at 2:30 p.m. is an available date and time to re-schedule the conference.

4. Therefore, the parties stipulate and agree that the Case Management Conference will be rescheduled for Monday, February 11, 2013, commencing at 2:30 p.m. before the Honorable Valerie P. Cooke

///
///
///
///
///
///
///
///

- 2 -

5. Consistent with the Court's Minute Order (# 37), the parties further stipulate and agree that a joint case management report shall be filed on or before Thursday, February 7, 2013.

DATED this 30th day of January, 2013.

WATSON ROUNDS

By: /s/ Michael D. Rounds
Michael D. Rounds
5371 Kietzke Lane
Reno, NV 89511

Theodore Stevenson, III
McKOOL SMITH, P.C.
3000 Crescent Court, Suite 1500
Dallas, TX 75201

Kevin Burgess
McKOOL SMITH, P.C.
300 West 6th Street, Suite 1700
Austin, TX 78701

*Attorneys for Plaintiff
Unwired Planet, LLC*

DATED this 30th day of January, 2013.

GORDON SILVER

By: /s/ John P. Desmond
John P. Desmond
100 West Liberty Street, Suite 940
Reno, NV 89501

Gregory P. Stone
MUNGER, TOLLES & OLSON, LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560

Peter A. Detre
MUNGER, TOLLES & OLSON, LLP
560 Mission Street
San Francisco, CA 94105-2907

*Attorneys for Defendant
Google Inc.*

IT IS SO ORDERED.
DATED this 31 day of January, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

- 3 -