IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
RENO DIVISION

| | |
|---|---|
| UNWIRED PLANET LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>Defendant. | CIVIL ACTION NO.<br><br>3:12-cv-504-LRH-VPC<br><br>(JURY DEMAND) |

## DECLARATION OF ERIC VETTER

I, Eric Vetter, declare as follows:

1. I am the Chief Financial Officer (CFO) and Chief Administrative Officer (CAO) of Unwired Planet, Inc. I have been employed with Unwired Planet since November, 2012. I make this declaration in support of Unwired Planet LLC's Opposition to Google's Motion to Transfer. The matters contained in this declaration are of my own personal knowledge and, if called as a witness, I could and would testify to them.

2. I have over twenty years of financial and management experience in businesses that are founded on intellectual property ("IP"). Most recently, I was a consultant to Aristocrat Technologies, based out of its Las Vegas Americas headquarters, where I helped evaluate and guide the strategic planning of the company. Before that I worked at International Game Technology ("IGT") in Reno for eleven years, where I held various positions. At the time of my departure from IGT, I was the Vice President of International Business Development, responsible for the operation of business units in Latin America and Asia, as well the expansion of our IP-based assets into non-traditional gaming markets. During the four years prior, I was Senior Vice President of Finance and Accounting for the Gaming Group Division. In this position, I was

1  responsible for Operational Finance and Accounting, Mergers and Acquisitions, Treasury, and
2  Business Development.

3.  I am a native of Northern Nevada, born and raised in Winnemucca, Nevada. After graduating from Lowry High School in Winnemucca, I attended the University of Nevada in Reno where I earned a Bachelor of Science degree in Business Administration. I left Nevada in 1987 to pursue my Master of International Management degree and ended up working in Latin America and Asia among other areas. In 2000, my family and I relocated to Reno, Nevada, to be closer to my family. We have lived in Reno ever since.

4.  As the Chief Financial and Administrative Officer for Unwired Planet, I am responsible for all financial and operational matters, outside of the licensing efforts. I am directly responsible for a team of six full-time financial and administrative employees, all but one work with me in Unwired Planet's corporate headquarters on Virginia Street, in Reno. The one exception (Kathlene Smith) works from her home in Wyoming and commutes to Reno once a month. In total, we have ten full-time Reno employees: myself; Daniel Mendez; Jane Blagen; David Bushee; Tim Robbins; Chester Burton (Director of Budget and Finance); Talida Nickle (Staff Accountant); Crystal Kernodle (Senior Accountant); Kaitlyn Ovard (Controller); and Amy Koestner (Executive Assistant). Of these ten employees, seven were newly-created jobs, as three moved from California.

5.  As of the completion of the Ericsson deal, Unwired Planet has one of the largest and strongest mobile internet and data patent portfolios in the world. Managing a portfolio this extensive and valuable will require a significant team, and Unwired Planet will need several new employees to manage the docket of pending applications, hire and manage prosecution counsel worldwide, coordinate international patent filings, draft and file continuation applications, and track maintenance fees. The added volume of licensing negotiations, which Unwired Planet will conduct from Reno, will also require significant additional staffing. Throughout 2013, Unwired Planet will continue to add new Reno personnel, particularly those with patent and/or technical backgrounds, until it reaches its full operating strength, which I estimate to be 20 full-time Reno employees.

McKool 857438v1

6. One of my additional responsibilities as CFO and CAO is to oversee and manage the day-to-day operations of the company, which I do from my office in Unwired Planet's headquarters at 170 South Virginia Street in Reno. The other three upper managers of the company, Mr. Mulica, Mr. Mendez, and Mr. Robbins, are required to travel frequently to conduct the business of the company. Also, in a company the size of Unwired Planet, especially an intellectual property licensing company, the CFO is essentially the "heartbeat" of the company. All aspects of running a public company pass through the CFO's office. These include human resources, information technology, facilities, taxes, community relations, investor relations, and so on. In addition to overseeing all financial and administrative matters for Unwired Planet, I am the primary contact for all employees, including the CEO, for any and all issues that relate to the company.

7. Unwired Planet is a Reno company. Under my guidance, the team in Reno is responsible for all business activities of Unwired Planet. All decisions involving the company are made and implemented here in our Reno corporate offices. Our board meetings, during which strategy is discussed and set, are held here. All of our accounting is done here. All of our information technology is managed and run from here. All of our company policies are set and implemented here. All of our bills are paid from here.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed on February 4, 2013.

*[signature]*
Eric Vetter

-3-

McKool 857438v1