IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
RENO DIVISION

| | |
|---|---|
| UNWIRED PLANET LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>Defendant. | CIVIL ACTION NO.<br><br>3:12-cv-504-LRH-VPC<br><br>(JURY DEMAND) |

### DECLARATION OF MIKE MULICA

I, Mike Mulica, declare as follows:

1. I am currently the President and CEO of Unwired Planet, Inc. ("Unwired Planet"). I have been employed at Unwired Planet (or its predecessor companies) since October 6, 2011. I make this declaration in support of Unwired Planet's Opposition to Google's Motion to Transfer. The matters contained in this declaration are of my own personal knowledge and I could and would testify to them if asked to do so.

2. I hold a B.A. in Finance from Marquette University and an M.B.A. in Finance form Northwestern University, Kellogg School of Management. I also have a certificate in International Business from the Copenhagen Business School. I am currently and have been the President and CEO of Unwired Planet, Inc. since April 2012. From October 6 2011 through May 2012 I was President and CEO of Openwave. From July 2010 through September 2011 I was President and Head of Strategy and Corporate Development at Synchronoss Technologies, Inc. From November 2007 until July 2010 I was President and CEO of FusionOne. From December 2003 through December 2007 I was Founder and CEO of BridgePort Networks. From 2001 until late 2003 I was Senior Vice President in the Office of Customer Operations at Openwave. From 1999 until 2001, I was Senior Vice President, WW Customer Operations at Phone.com.

-1-

3. Unwired Planet started in 1996 as Libris, Inc. In 1996, Libris, Inc. changed its name to Unwired Planet, Inc. and launched its proprietary end-to-end mobile network solution for Internet access and web browsing, known as up.link (browser and network server/gateway). This product is largely regarded as the world's first end-to-end mobile internet browser and Unwired Planet is generally regarded as the founder of the mobile internet. At its peak, the company's mobile browser software shipped on over one billion handsets, accounting for a worldwide market share of approximately 49% of all browser-capable mobile devices.

4. In 1999, Unwired Planet acquired Apiion, Ltd. of Belfast (formerly Aldiscon Northern Ireland, Ltd.), changed its name to Phone.com and went public on the NASDAQ stock exchange. In 2000, amidst huge growth in revenue and stock price, Phone.com acquired several high tech startup companies with niche products to integrate across its end-to-end solution. In 2001, Unwired Planet merged with Software.com and changed the company name again, this time to Openwave Systems, Inc.

5. Despite its initial success, Unwired Planet gradually lost market share to competitors such as Google, Apple, and RIM, causing Unwired Planet's revenues and profits to shrink. These companies generate substantial revenues from devices and services that rely on the intellectual property that Unwired Planet developed and patented over the last 15 years.

6. My residence is in Chicago, IL and I work remotely from there when not in Reno, although I travel to Reno frequently. This was also my practice during my time at Unwired Planet before the spin-off.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed on February 4, 2013.

_____
Mike Mulica

McKool 857438v1