IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
RENO DIVISION

| | |
|---|---|
| UNWIRED PLANET LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>Defendant. | CIVIL ACTION NO.<br><br>3:12-cv-504-LRH-VPC<br><br>(JURY DEMAND) |

## DECLARATION OF DANIEL MENDEZ

I, Daniel Mendez, declare as follows:

1.  I am the co-General Manager of IP for Unwired Planet, Inc ("Unwired Planet"). I have been employed with Unwired Planet, Inc. since 2011. I make this declaration in support of Unwired Planet LLC's Opposition to Google's Motion to Transfer. The matters contained in this declaration are of my own personal knowledge and, if called as a witness, I could and would testify to them.

2.  I hold an A.B. in computer science, with a concentration in cognitive psychology from Harvard University. I co-founded Visto Corporation (now d/b/a Good Technology) in 1996. During my time there from 1996 to 2010, I served there as Vice President and Chief Technology Officer. I am a named inventor on approximately 17 U.S. Patents and 7 European Patents, which, broadly speaking, cover inventions related to remote access, security and remote synchronization.

3.  As co-General Manager of IP for Unwired Planet, I am responsible for creating and executing Unwired Planet's patent strategy. This entails many tasks, including licensing, selling, and enforcing Unwired Planet's patent portfolio, as well as finding and investigating potential patent acquisitions or intellectual property joint ventures. Since September 2012, I have

conducted almost all Unwired Planet business in Reno, Nevada, except for that requiring travel, such as meeting with out-of-town corporate representatives.

4. During my time in Reno, I have been staying at the Peppermill or Silver Legacy Hotels, but my current legal residence is still in Atherton, CA, where I have lived since 2005. I am married and have 3 children, ages 18, 16, and 10.

5. My family and I are exploring moving permanently to Reno. However, uprooting and moving a family is a difficult and time-consuming process. My wife and I are currently actively searching for houses and investigating Reno's schools. For example, this last weekend my wife, two youngest girls and I attended Sage Ridge School's "Open House" and searched for a home (our oldest girl is already in college in Massachusetts and thus did not accompany us). Today, Monday February 4th, my two youngest daughters are attending Sage Ridge at an "Open School" program and my wife and I are continuing our house-hunting.

6. Currently, our plan is to relocate to Reno before our two younger girls begin the new academic school year in the fall of 2013 and, in anticipation of that, we intend to apply to Reno-area school(s) around April.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed on February 4, 2013.

_____
Daniel Mendez