Theodore Stevenson III (*pro hac vice*)
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Fax: (214) 978-4044

Kevin Burgess (*pro hac vice*)
Texas State Bar No. 2400069
kburgess@mckoolsmith.com
Pierre Hubert (*pro hac vice*)
Texas State Bar NO. 240023
phubert@mckoolsmith.com
MCKOOL SMITH, P.C.
300 W. 6th St., Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Fax: (512) 692-8744

Michael D. Rounds
Nevada State Bar No. 4734
mrounds@watsonrounds.com
Adam K. Yowell
Nevada State Bar No. 11748
ayowell@watsonrounds.com
WATSON ROUNDS
5371 Kietzke Lane
Reno, NV 89511-2083
Telephone: (775) 324-4100
Fax: (775) 333-8171

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**RENO DIVISION**

| | |
|---|---|
| **UNWIRED PLANET LLC, a Nevada limited liability company,**<br><br>　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**GOOGLE INC., a Delaware corporation,**<br><br>　　　　　　**Defendant.** | Case No. 3:12-cv-0504-LRH-VPC<br><br>**STIPULATION AND [PROPOSED] ORDER CONCERNING UNWIRED PLANET'S OPPOSITION TO GOOGLE'S MOTION TO TRANSFER VENUE**<br><br>**[Second Request]** |

1  Plaintiff/Counter-Defendant Unwired Planet LLC ("Unwired Planet") through its
2  attorneys of record, WATSON ROUNDS, and Defendant/Counterclaimant Google, Inc.
3  ("Google"), by and through its attorneys of record, GORDON SILVER, hereby stipulate as
4  follows:

5  1.  Google filed a Motion to Transfer this action to the Northern District of California
6  on January 10, 2013 (Docket No. 33).

7  2.  Pursuant to stipulation, Unwired Planet's Opposition to Google's Motion was due
8  on February 4, 2013 (Docket No. 35).

9  3.  Due to the Court's ECF system being down, Unwired Planet was unable to file its
10  Opposition on February 4, 2013, prior to the 11:59 PM PST cut-off time.

11  4.  In light of these circumstances, the parties have agreed and hereby stipulate that
12  Unwired Planet's shall have up to and including February 5, 2013, to file its Opposition (Docket
13  No. 40) and accompanying documents (Docket Nos. 41-45).

15  5.  This is the second stipulation for an extension of time for Unwired Planet to file its
16  Opposition to Google's Motion to Transfer.

DATED this 5th day of February, 2013.　　　WATSON ROUNDS

　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Michael D. Rounds
　　　　　　　　　　　　　　　　　　　　　　　　　Michael D. Rounds
　　　　　　　　　　　　　　　　　　　　　　　　　5371 Kietzke Lane
　　　　　　　　　　　　　　　　　　　　　　　　　Reno, NV  89511

　　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for  Plaintiff*
　　　　　　　　　　　　　　　　　　　　　　　　　*Unwired Planet, LLC*

DATED this 5th day of February, 2013.　　　GORDON SILVER

　　　　　　　　　　　　　　　　　　　　　　　By: /s/ John P. Desmond
　　　　　　　　　　　　　　　　　　　　　　　　　John P. Desmond (NV Bar No. 5618)
　　　　　　　　　　　　　　　　　　　　　　　　　100 West Liberty Street, Suite 940
　　　　　　　　　　　　　　　　　　　　　　　　　Reno, NV  89501

　　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　　　　　　*Google Inc.*

　　　IT IS SO ORDERED.

　　DATED this ___ day of February, 2013

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE