


1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO DIVISION**

19
20
21

| | |
|---|---|
| UNWIRED PLANET LLC, a Nevada limited liability company,<br><br>          Plaintiff,<br><br>     v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>          Defendant. | Case No. 3:12-cv-0504-LRH-VPC<br><br>**STIPULATION AND ORDER CONCERNING UNWIRED PLANET'S OPPOSITION TO GOOGLE'S MOTION TO TRANSFER VENUE**<br><br>**[Second Request]** |

22
23
24
25
26
27
28

     Plaintiff/Counter-Defendant Unwired Planet LLC ("Unwired Planet") through its attorneys of record, WATSON ROUNDS, and Defendant/Counterclaimant Google, Inc. ("Google"), by and through its attorneys of record, GORDON SILVER, hereby stipulate as follows:

1. Google filed a Motion to Transfer this action to the Northern District of California on January 10, 2013 (Docket No. 33).

2. Pursuant to stipulation, Unwired Planet's Opposition to Google's Motion was due on February 4, 2013 (Docket No. 35).

3. Due to the Court's ECF system being down, Unwired Planet was unable to file its Opposition on February 4, 2013, prior to the 11:59 PM PST cut-off time.

4. In light of these circumstances, the parties have agreed and hereby stipulate that Unwired Planet's shall have up to and including February 5, 2013, to file its Opposition (Docket No. 40) and accompanying documents (Docket Nos. 41-45).

5. This is the second stipulation for an extension of time for Unwired Planet to file its Opposition to Google's Motion to Transfer.

1 | DATED this 5th day of February, 2013.	WATSON ROUNDS

By: /s/ Michael D. Rounds
Michael D. Rounds
5371 Kietzke Lane
Reno, NV  89511

*Attorneys for  Plaintiff*
*Unwired Planet, LLC*

DATED this 5th day of February, 2013.	GORDON SILVER

By: /s/ John P. Desmond
John P. Desmond (NV Bar No. 5618)
100 West Liberty Street, Suite 940
Reno, NV  89501

*Attorneys for Defendant*
*Google Inc.*

IT IS SO ORDERED, nunc pro tunc.

DATED this 6th day of February, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE