UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| UNWIRED PLANET LLC, | ) | 3:12-CV-0504-LRH (VPC) |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **MINUTES OF THE COURT** |
| GOOGLE INC., | ) | February 13, 2013 |
| Defendant. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The Court has reviewed the parties' proposed scheduling order (#36) and joint case management report (#49) and hereby sets the scheduling order as follows:

| EVENT | DATE |
|---|---|
| Initial disclosure of asserted claims and infringement contentions pursuant to Local Rule 16.1-6 | March 15, 2013 |
| Production of documents accompanying initial disclosure of asserted claims and infringement contentions pursuant to Local Rule 16.1-7 | March 15, 2013 |
| Initial disclosure of non-infringement, invalidity and unenforceability contentions pursuant to Local Rule 16.1-8 | June 13, 2013 |
| Production of documents accompanying initial disclosure of invalidity contentions pursuant to Local Rule 16.1-9 | June 13, 2013 |

| | |
|---|---|
| Response to initial non-infringement, invalidity and unenforceability contentions pursuant to Local Rule 16.1-10 | July 29, 2013 |
| Document production to be substantially completed by all parties | September 1, 2013 |
| Pre-Claim Construction Settlement Conference pursuant to Local Rule 16.1-19(a) | August 16, 2013   9:00 a.m. - Courtroom One Settlement Statements due August 9, 2013 |
| Exchange of proposed terms for claim construction pursuant to Local Rule 16.1-13 | August 14, 2013 |
| Motions to amend pleadings or add parties due | September 10, 2013 |
| Parties to meet and confer regarding claim terms pursuant to Local Rule 16.1-13 | August 28, 2013 |
| Exchange of preliminary claim constructions and extrinsic evidence pursuant to Local Rule 16.1-14 | September 12, 2013 |
| Interim Status Report pursuant to Local Rule 26-3 | September 13, 2013 |
| Joint Claim Construction and Prehearing Statement to be submitted pursuant to Local Rule 16.1-15 | September 30, 2013 |
| Close of fact discovery, including third-party discovery | October 14, 2013 |
| Opening claim construction brief pursuant to Local Rule 16.1-16 | October 30, 2013 |
| Responsive claim construction brief pursuant to Local Rule 16.1-16 | November 13, 2013 |
| Reply claim construction brief pursuant to Local Rule 16.1-16 | November 20, 2013 |
| *Markman* hearing | TBD |
| Post-Claim Construction Order Settlement Conference pursuant to Local Rule 16.1-19(b) | May 1, 2014 9:00 a.m-Courtroom One Settlement Statements due April 24, 2014 |
| Expert disclosures under Fed.R.Civ.P. 26(a) due | 45 days after issuance of *Markman* Order on issues for which the parties bear the burden of proof; 45 days thereafter for rebuttal expert disclosures; 30 days thereafter for reply expert disclosures |

| | |
|---|---|
| Completion of expert depositions | 45 days after reply expert disclosures |
| Dispositive motions due | 30 days after the completion of expert discovery |
| Motions *in limine* due | 30 days after the deadline for filing dispositive motions |
| Joint Pretial Order due | 30 days after the deadline for filing motions *in limine* |
| Pretrial Settlement Conference pursuant to Local Rule LR 16.1-19(c) | October 30, 2014 9:00 a.m.-Courtroom One Settlement statements due October 23, 2014 |
| Calendar Call | TBD |
| Trial | TBD |

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
         Deputy Clerk