UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| UNWIRED PLANET, LLC, | ) | 3:12-CV-0504-LRH-VPC |
| | ) | |
| Plaintiff(s), | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | |
| | ) | DATED:  February 14, 2013 |
| GOOGLE, INC., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE
Deputy Clerk:      Lisa Mann         Court Reporter:    None Appearing
Counsel for Plaintiff(s):    None Appearing
Counsel for Defendant(s):    None Appearing

Pursuant to this Court's order (#51), monthly case management conferences are set as follows:

**June 13, 2013** at **9:00 a.m.**

**July 15, 2013** at **9:00 a.m.**

**August 14, 2013** at **9:00 a.m.**

**September 11, 2013** at **9:00 a.m.**

**October 7, 2013** at **9:00 a.m.**

Counsel are reminded to file a joint or separate case management report by no later than the close of business at least three (3) court days prior to each conference and if counsel determine a conference is not necessary, counsel have leave to stipulate to vacate a case management conference.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK


By:           /s/
Lisa Mann, Deputy Clerk