Theodore Stevenson III (*pro hac vice*)
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
300 Crescent Court, Suite 1500
MCKOOL SMITH, P.C.
Dallas, Texas 75201
Telephone: (214) 978-4000
Fax: (214) 978-4044

Kevin Burgess (*pro hac vice*)
Texas State Bar No. 2400069
kburgess@mckoolsmith.com
Pierre Hubert (*pro hac vice*)
Texas State Bar NO. 240023
phubert@mckoolsmith.com
MCKOOL SMITH, P.C.
300 W. 6th St., Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Fax: (512) 692-8744

Michael D. Rounds
Nevada Bar No. 4734
mrounds@watsonrounds.com
Adam K. Yowell
Nevada Bar No. 11748
ayowell@watsonrounds.com
WATSON ROUNDS
5371 Kietzke Lane
Reno, NV 89511-2083
Telephone: (775) 324-4100
Fax: (775) 333-8171

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNWIRED PLANET LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC., a California corporation,<br><br>Defendant. | Case No.: 3:12-CV-00504-RCJ-VPC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR SERVING INITIAL CONTENTION DISCLOSURES**<br><br>**(FIRST REQUEST)** |

1  Plaintiff/Counter-Defendant Unwired Planet LLC ("Unwired Planet"), through its
2  attorneys of record, WATSON ROUNDS and McKOOL SMITH, P.C., and
3  Defendant/Counterclaimant Google, Inc. ("Google"), by and through its attorneys of record,
4  GORDON SILVER and MUNGER, TOLLES & OLSON LLP, hereby stipulate as follows:

5  1.  Unwired Planet's Initial Disclosure of Asserted Claims and Infringement
6  Contentions and accompanying production of documents pursuant to Local Rules 16.1-6 and -7
7  is currently due on Friday, March 15, 2013. (Docket Nos. 49 and 50.)

8  2.  Unwired Planet has requested an additional four (4) days to serve its Initial
9  Disclosure of Asserted Claims and Infringement Contentions and accompanying production of
10 documents.

11 3.  Google has agreed to this request for additional time.

12 4.  Unwired Planet's Initial Disclosure of Asserted Claims and Infringement
13 Contentions and accompanying production of documents would become due on **Tuesday,**
14 **March 19, 2013**.

15 5.  Google has requested a reciprocal extension of time to file its Initial Disclosure of
16 Non-Infringement, Invalidity and Unenforceability Contentions and accompanying production of
17 documents pursuant to Local Rules 16.1-8 and -9, which is currently due on Thursday, June 13,
18 2013.

19 6.  Unwired Planet has agreed to this request for additional time.

20 7.  Google's Initial Disclosure of Non-Infringement, Invalidity and Unenforceability
21 Contentions and accompanying production of documents would become due on **Monday, June**
22 **17, 2013**.

23 . . . . . . . . . .
24 . . . . . . . . . .
25 . . . . . . . . . .
26 . . . . . . . . . .
27 . . . . . . . . . .
28 . . . . . . . . . .

1  This is Unwired Planet and Google's first request for extension of time to serve Initial
2  Contention Disclosures and accompanying production of documents.

3  Dated: March 12, 2013                    Respectfully submitted,

4  WATSON ROUNDS                            GORDON SILVER

5   /s/ Michael D. Rounds                   By:  /s/ John P. Desmond
   Michael D. Rounds, NSB #4734             John P. Desmond (NV Bar No. 5618)
6  mrounds@watsonrounds.com                 100 West Liberty Street, Suite 940
                                            Reno, NV  89501
7  Adam K. Yowell, NSB #11748
   ayowell@watsonrounds.com                 Gregory P. Stone
8  5371 Kietzke Lane                        MUNGER, TOLLES & OLSON, LLP
   Reno, Nevada 89511                       355 South Grand Avenue, 35th Floor
9  Telephone: (775) 324-4100                Los Angeles, CA  90071-1560
   Fax: (775) 333-8171
10                                          Peter A. Detre
                                            MUNGER, TOLLES & OLSON, LLP
11 Theodore Stevenson III (pro hac vice)    560 Mission Street
   Texas State Bar No. 19196650             San Francisco, CA  94105-2907
12 tstevenson@mckoolsmith.com
   MCKOOL SMITH, P.C.                       **ATTORNEYS FOR DEFENDANT**
13 300 Crescent Court, Suite 1500           **GOOGLE INC**
14 Dallas, Texas 75201
   Telephone: (214) 978-4000
15 Fax: (214) 978-4044

16 Kevin Burgess (*pro hac vice*)
   Texas State Bar No. 24006927
17 kburgess@mckoolsmith.com
   Pierre Hubert (*pro hac vice*)
18 Texas State Bar No. 24002317
   phubert@mckoolsmith.com
19 McKool Smith, P.C.
   300 W. 6th St., Suite 1700
20 Austin, Texas 78701
   Telephone: (512) 692-8700
21 Fax: (512) 692-8744

22 **ATTORNEYS FOR PLAINTIFF**
   **UNWIRED PLANET LLC**
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

IT IS SO ORDERED.

DATED this ___ day of March, 2013

_____
UNITED STATES DISTRICT COURT JUDGE