Theodore Stevenson III (*pro hac vice*)
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
300 Crescent Court, Suite 1500
MCKOOL SMITH, P.C.
Dallas, Texas 75201
Telephone: (214) 978-4000
Fax: (214) 978-4044

Kevin Burgess (*pro hac vice*)
Texas State Bar No. 2400069
kburgess@mckoolsmith.com
Pierre Hubert (*pro hac vice*)
Texas State Bar NO. 240023
phubert@mckoolsmith.com
MCKOOL SMITH, P.C.
300 W. 6th St., Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Fax: (512) 692-8744

Michael D. Rounds
Nevada Bar No. 4734
mrounds@watsonrounds.com
Adam K. Yowell
Nevada Bar No. 11748
ayowell@watsonrounds.com
WATSON ROUNDS
5371 Kietzke Lane
Reno, NV 89511-2083
Telephone: (775) 324-4100
Fax: (775) 333-8171

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNWIRED PLANET LLC, a Nevada
limited liability company,

           Plaintiff,

    v.

GOOGLE, INC., a California corporation,

           Defendant.

Case No.: 3:12-CV-00504-RCJ-VPC

**STIPULATION AND [PROPOSED]
ORDER TO EXTEND TIME FOR
SERVING INITIAL CONTENTION
DISCLOSURES**

**(FIRST REQUEST)**

1    Plaintiff/Counter-Defendant Unwired Planet LLC ("Unwired Planet"), through its

2  attorneys of record, WATSON ROUNDS and McKOOL SMITH, P.C., and

3  Defendant/Counterclaimant Google, Inc. ("Google"), by and through its attorneys of record,

4  GORDON SILVER and MUNGER, TOLLES & OLSON LLP, hereby stipulate as follows:

5    1.    Unwired Planet's Initial Disclosure of Asserted Claims and Infringement

6  Contentions and accompanying production of documents pursuant to Local Rules 16.1-6 and -7

7  is currently due on Friday, March 15, 2013. (Docket Nos. 49 and 50.)

8    2.    Unwired Planet has requested an additional four (4) days to serve its Initial

9  Disclosure of Asserted Claims and Infringement Contentions and accompanying production of

10  documents.

11    3.    Google has agreed to this request for additional time.

12    4.    Unwired Planet's Initial Disclosure of Asserted Claims and Infringement

13  Contentions and accompanying production of documents would become due on **Tuesday,**

14  **March 19, 2013**.

15    5.    Google has requested a reciprocal extension of time to file its Initial Disclosure of

16  Non-Infringement, Invalidity and Unenforceability Contentions and accompanying production of

17  documents pursuant to Local Rules 16.1-8 and -9, which is currently due on Thursday, June 13,

18  2013.

19    6.    Unwired Planet has agreed to this request for additional time.

20    7.    Google's Initial Disclosure of Non-Infringement, Invalidity and Unenforceability

21  Contentions and accompanying production of documents would become due on **Monday, June**

22  **17, 2013**.

23  . . . . . . . . .

24  . . . . . . . . .

25  . . . . . . . . .

26  . . . . . . . . .

27  . . . . . . . . .

28  . . . . . . . . .

Case 3:12-cv-00504-LRH-VPC   Document 70   Filed 03/13/13   Page 3 of 4

1      This is Unwired Planet and Google's first request for extension of time to serve Initial

2  Contention Disclosures and accompanying production of documents.

3  Dated:  March 12, 2013                          Respectfully submitted,

4  WATSON ROUNDS                                   GORDON SILVER

5    /s/ Michael D. Rounds                         By:   /s/ John P. Desmond
6  Michael D. Rounds, NSB #4734                    John P. Desmond (NV Bar No. 5618)
   mrounds@watsonrounds.com                        100 West Liberty Street, Suite 940
7  Adam K. Yowell, NSB #11748                      Reno, NV  89501
   ayowell@watsonrounds.com
8  5371 Kietzke Lane                               Gregory P. Stone
   Reno, Nevada 89511                              MUNGER, TOLLES & OLSON, LLP
9  Telephone: (775) 324-4100                       355 South Grand Avenue, 35th Floor
   Fax: (775) 333-8171                             Los Angeles, CA  90071-1560
10
                                                   Peter A. Detre
11 Theodore Stevenson III (pro hac vice)           MUNGER, TOLLES & OLSON, LLP
   Texas State Bar No. 19196650                    560 Mission Street
12 tstevenson@mckoolsmith.com                      San Francisco, CA  94105-2907
   MCKOOL SMITH, P.C.
13 300 Crescent Court, Suite 1500                  **ATTORNEYS FOR DEFENDANT**
14 Dallas, Texas 75201                             **GOOGLE INC**
   Telephone: (214) 978-4000
15 Fax: (214) 978-4044

16 Kevin Burgess (*pro hac vice*)                  IT IS SO ORDERED
   Texas State Bar No. 24006927
17 kburgess@mckoolsmith.com
   Pierre Hubert (*pro hac vice*)                  U.S. MAGISTRATE JUDGE
18 Texas State Bar No. 24002317
   phubert@mckoolsmith.com                         DATED: March 14, 2013
19 McKool Smith, P.C.
   300 W. 6th St., Suite 1700
20 Austin, Texas 78701
   Telephone: (512) 692-8700
21 Fax: (512) 692-8744

22 **ATTORNEYS FOR PLAINTIFF**
   **UNWIRED PLANET LLC**
23

24

25

26

27

28

1

## ORDER

2

IT IS SO ORDERED.

3

4    DATED this ____ day of March, 2013

_____
UNITED STATES DISTRICT COURT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28