1  John P. Desmond (Nevada Bar No. 5618)
   jdesmond@gordonsilver.com
2  GORDON SILVER
   100 West Liberty Street, Suite 940
3  Reno, Nevada  89501
   Telephone:    (775) 343-7500
4  Facsimile:    (775) 786-0131

5  Gregory P. Stone (admitted pro hac vice)
   gregory.stone@mto.com
6  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, 35th Floor
7  Los Angeles, CA  90071-1560
   Telephone:    (213) 683-9100
8  Facsimile:    (213) 687-3702

9  Peter A. Detre (admitted pro hac vice)
   peter.detre@mto.com
10 MUNGER, TOLLES & OLSON LLP
   560 Mission Street
11 San Francisco, CA  94105-2907
   Telephone:    (415) 512-4000
12 Facsimile:    (415) 512-4077

13 Attorneys for Defendant
   GOOGLE INC.

14

15                     UNITED STATES DISTRICT COURT

16                            DISTRICT OF NEVADA

17

| 18 | Unwired Planet LLC, | |
|---|---|---|
| 19 | Plaintiff, | Case No. 3:12-cv-504-LRH-VPC |
| 20 | v. | |
| 21 | Google Inc., | |
| 22 | Defendant. | |
| 23 | | |
| 24 | AND RELATED COUNTERCLAIMS | |

25           **MOTION FOR LEAVE TO FILE UNDER SEAL**
             **PURSUANT TO THE JUNE 5, 2013,**
26           **STIPULATED PROTECTIVE ORDER**

27       Defendant Google Inc. ("Google"), by and through its counsel of record, hereby

28 respectfully moves for permission to file exhibits to its August 2013 Case Management

- 1 -

20281146.1

1  Conference Statement under seal. This Motion is made pursuant to L.R. 10-5 and supported by
2  the attached memorandum of points and authorities and all papers and pleadings on file herein.

### MEMORANDUM OF POINTS AND AUTHORITIES

4  Google's August 2013 Case Management Conference Statement attaches exhibits that contain proprietary and confidential technical details concerning how some of the accused products work. Local Rule 10-5(b) provides, in part, that "papers filed with the Court under seal shall be accompanied by a motion for leave to file those documents under seal, and shall be filed in accordance with the Court's electronic filing procedures." LR 10-5(b).

9  On June 5, 2013, this Court entered a Stipulated Protective Order (Dkt. No. 99). The Stipulated Protective Order contemplates three categories of information that are protected. *Id.* at 3. Relevant to the present motion is the category designated as "Confidential Outside Counsel Only." *See id.* This category of information includes "commercially sensitive competitive information." *Id.* at 5. The Stipulated Protective Order further provides that all "documents submitted to the Court which have been designated as Protected Information, or which contain information so designated, shall be filed under seal in a manner prescribed by the Court for such filings." *Id.* at 17.

17 In this case, Google's August 2013 Case Management Conference Statement contains ten exhibits (labeled Confidential Exhibit 1 through Confidential Exhibit 10) relating to the infringement portion of Unwired Planet's LR 16.1-10 contentions. Google designated portions of its noninfringement contentions as Confidential Outside Counsel Only because they describe proprietary, confidential, and nonpublic technical details about how the accused Google products operate. The portions of Unwired Planet's contentions that Google attaches repeat or quote from Google's Protected Information at length and therefore need to be filed under seal.

24 ///
25 ///
26 ///
27 ///
28 ///

20281146.1

1    Because Confidential Exhibits 1-10 to Google's August 2013 Case Management
2    Conference Statement contains information that has properly been designated as confidential
3    pursuant to the Stipulated Protective Order, Google respectfully requests that the Court grant this
4    Motion and permit Google to file Confidential Exhibits 1-10 to its Case Management Conference
5    Statement under seal.

DATED: August 15, 2013                             MUNGER, TOLLES & OLSON LLP


By: /s/ Adam R. Lawton
    Adam R. Lawton

Attorneys for Defendant
GOOGLE INC.

IT IS SO ORDERED

*[signature]*

U.S. MAGISTRATE JUDGE

DATED: August 19, 2013

20281146.1

- 3 -

## CERTIFICATE OF SERVICE

I certify that I am an employee of GORDON SILVER, and that on this date, pursuant to FRCP 5(b), I am serving a true and correct copy of the attached **MOTION FOR LEAVE TO FILE UNDER SEAL FILED UNDER SEAL PURSUANT TO THE JUNE 5, 2013, STIPULATED PROTECTIVE ORDER** on the parties as set forth below:

_____ Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, Reno, Nevada, postage prepaid, following ordinary business practices

_____ Certified Mail, Return Receipt Requested

_____ Via Facsimile (Fax)

_____ Via E-Mail

_____ Placing an original or true copy thereof in a sealed envelope and causing the same to be personally Hand Delivered

_____ Federal Express (or other overnight delivery)

XXX   EM/ECF Electronic Notification

addressed as follows:

Michael D. Rounds
mrounds@watsonrounds.com
Adam K. Yowell
ayowell@watsonrounds.com
Watson Rounds
5371 Kietzke Lane
Reno, NV 89511

Kevin L. Burgess
kburgess@mckoolsmith.com
Pierre J. Hubert
phubert@mckoolsmith.com
John M. Shumaker
jshumaker@mckoolsmith.com
McKool Smith, P.C.
300 W. 6th Street, Suite 1700
Austin, TX 78701

Theodore Stevenson, III
tstevenson@mckoolsmith.com
McKool Smith, P.C.
3000 Crescent Court
Suite 1500
Dallas, TX 75201

DATED this 15th day of August, 2013.

/s/ Cindy S. Grinstead
An Employee of GORDON SILVER

- 4 -

20281146.1