Theodore Stevenson III (*pro hac vice*)
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Fax: (214) 978-4044

Kevin Burgess (*pro hac vice*)
Texas State Bar No. 24006927
kburgess@mckoolsmith.com
Pierre Hubert (*pro hac vice*)
Texas State Bar No. 24002317
phubert@mckoolsmith.com
MCKOOL SMITH, P.C.
300 W. 6th St., Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Fax: (512) 692-8744

Michael D. Rounds
Nevada State Bar No. 4734
mrounds@watsonrounds.com
Adam K. Yowell
Nevada State Bar No. 11748
ayowell@watsonrounds.com
WATSON ROUNDS
5371 Kietzke Lane
Reno, NV 89511-2083
Telephone: (775) 324-4100
Fax: (775) 333-8171

*Attorneys for Plaintiff*

FILED _____   RECEIVED _____
ENTERED _____   SERVED ON _____
COUNSEL/PARTIES OF RECORD

AUG 2 0 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNWIRED PLANET LLC, a Nevada limited liability company,

Plaintiff,

v.

GOOGLE INC., a California corporation,

Defendant.

Case No. 3:12-cv-00504-MMD-VPC

**UNWIRED PLANET'S MOTION TO SEAL CASE MANAGEMENT CONFERENCE STATEMENT**

Plaintiff Unwired Planet LLC ("Plaintiff") moves this Court for an order to seal Unwired Planet's Case Management Conference Statement, the Declaration of Kevin M. Kneupper and the exhibits attached thereto. These documents, along with Plaintiff's Case Management Conference Statement, are filed concurrently with this motion. Pursuant to the Protective Order entered in this matter (Dkt. 99), "All transcripts of depositions, exhibits, answers to interrogatories, pleadings, briefs, and other documents submitted to the Court which have been designated as Protected Information, or which contain information so designated, shall be filed under seal in a manner prescribed by the Court for such filings." LR 10-5(b) provides in part "…papers filed with the Court under seal shall be accompanied by a motion for leave to file those documents under seal, and shall be filed in accordance with the Court's electronic filing procedures." Plaintiff's Case Management Conference Statement and the Declaration of Kevin M. Kneupper (and the documents attached), contain and/or refer to information designated by Google as CONFIDENTIAL – OUTSIDE ATTORNEY'S EYES ONLY under the Protective Order.

Accordingly, to maintain the confidentiality of the documents and things pursuant to the June 4, 2013 Protective Order, Plaintiff requests that the above referenced Case Management Conference Report, Declaration of Kevin M. Kneupper and attachments be filed under seal. A publicly available version of Plaintiff's Case Management Statement, Declaration and exhibits will be filed separately with the Court.

..........
..........
..........
..........
..........

| | |
|---|---|
| Dated: August 15, 2013. | Respectfully submitted,<br>WATSON ROUNDS<br><br>/s/ *Michael D. Rounds*<br>Michael D. Rounds<br>Nevada State Bar No. 4734<br>mrounds@watsonrounds.com<br>Adam K. Yowell<br>Nevada State Bar No. 11748<br>ayowell@watsonrounds.com<br>WATSON ROUNDS<br>5371 Kietzke Lane<br>Reno, Nevada 89511<br>Telephone: (775) 324-4100<br>Fax: (775) 333-8171<br><br>Theodore Stevenson III (*pro hac vice*)<br>Texas State Bar No. 19196650<br>tstevenson@mckoolsmith.com<br>MCKOOL SMITH, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>Telephone: (214) 978-4000<br>Fax: (214) 978-4044<br><br>Kevin Burgess (*pro hac vice*)<br>Texas State Bar No. 24006927<br>kburgess@mckoolsmith.com<br>Pierre Hubert (*pro hac vice*)<br>Texas State Bar No. 24002317<br>phubert@mckoolsmith.com<br>MCKOOL SMITH, P.C.<br>300 W. 6th St., Suite 1700<br>Austin, Texas 78701<br>Telephone: (512) 692-8700<br>Fax: (512) 692-8744<br><br>***ATTORNEYS FOR PLAINTIFF***<br>***UNWIRED PLANET LLC*** |

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: August 19, 2013

-3-

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Watson Rounds, and that on this date a true and correct copy of the foregoing document, **UNWIRED PLANET'S MOTION TO SEAL CASE MANAGEMENT CONFERENCE STATEMENT**, will be served upon counsel of record via electronic mail through the United States District Court's CM/ECF system.

Dated: August 15, 2013

/s/ *Merrilyn Marsh*
An Employee of Watson Rounds