**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNWIRED PLANET LLC, ) | | 3:12-CV-0504-MMD (VPC) |
| ) | | |
| Plaintiff, ) | | **MINUTES OF THE COURT** |
| ) | | |
| vs. ) | | September 12, 2013 |
| ) | | |
| GOOGLE INC., ) | | |
| ) | | |
| Defendant. ) | | |
| _____) | | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:         LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Unwired Planet's motion to seal case management conference statement (#152) is **GRANTED**.

   **IT IS SO ORDERED.**

                                                            LANCE S. WILSON, CLERK

                                            By:            /s/
                                                            Deputy Clerk