1  Theodore Stevenson III
   Texas State Bar No. 19196650
2  tstevenson@mckoolsmith.com
   300 Crescent Court, Suite 1500
3  MCKOOL SMITH, P.C.
   Dallas, Texas 75201
4  Telephone: (214) 978-4000
   Fax: (214) 978-4044
5
   Kevin Burgess
6  Texas State Bar No. 24006927
   kburgess@mckoolsmith.com
7  Pierre Hubert
   Texas State Bar No. 24002317
8  phubert@mckoolsmith.com
   MCKOOL SMITH, P.C.
9  300 W. 6th St., Suite 1700
   Austin, Texas 78701
10 Telephone: (512) 692-8700
   Fax: (512) 692-8744
11
   Michael D. Rounds
12 Nevada Bar No. 4734
   mrounds@watsonrounds.com
13 Ryan J. Cudnik
   Nevada Bar No. 12948
14 rcudnik@watsonrounds.com
   Adam K. Yowell
15 Nevada Bar No. 11748
   ayowell@watsonrounds.com
16 WATSON ROUNDS
   5371 Kietzke Lane
17 Reno, NV 89511-2083
   Telephone: (775) 324-4100
18 Fax: (775) 333-8171

19 *Attorneys for Plaintiff*

20
21                    **UNITED STATES DISTRICT COURT**
                           **DISTRICT OF NEVADA**
22

| 23 | UNWIRED PLANET LLC, a Nevada limited liability company, | Case No. 3:12-cv-00504-MMD-VPC |
|---|---|---|
| 24 | | |
| 25 | Plaintiff, | **JOINT REQUEST FOR ALL COUNSEL TO APPEAR AT OCTOBER 7, 2013 CASE MANAGEMENT CONFERENCE BY PHONE** |
| 26 | v. | |
| 27 | GOOGLE INC., a California corporation, | |
| 28 | Defendant. | |

1   MAY IT PLEASE THE COURT, all counsel for Plaintiff Unwired Planet LLC ("Unwired
2   Planet") and for Defendant Google Inc. ("Google"), including their Nevada counsel, hereby
3   jointly request leave to appear telephonically at the October 7, 2013 Case Management
4   Conference. All counsel request leave to use the dial-in number provided by the Court.
5   (Dkt. 182.)

Dated: October 4, 2013

/s/ Michael D. Rounds
Michael D. Rounds
Nevada Bar No. 4734
mrounds@watsonrounds.com
Ryan J. Cudnik
Nevada Bar No. 12948
rcudnik@watsonrounds.com
Adam K. Yowell
Nevada Bar No. 11748
ayowell@watsonrounds.com
WATSON ROUNDS
5371 Kietze Lane
Reno, Nevada 89511
Telephone: (775) 324-4100
Fax: (775) 333-8171

Theodore Stevenson III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Fax: (214) 978-4044

Kevin Burgess
Texas State Bar No. 24006927
kburgess@mckoolsmith.com
Pierre Hubert
Texas State Bar No. 24002317
phubert@mckoolsmith.com
MCKOOL SMITH, P.C.
300 W. 6th St., Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Fax: (512) 692-8744

**ATTORNEYS FOR PLAINTIFF
UNWIRED PLANET LLC.**

| | | |
|---|---|---|
| 1 | Dated: October 4, 2013 | /s/ John P. Desmond |
| 2 | | John P. Desmond (Nevada Bar No. 5618) |
| | | jdesmond@gordonsilver.com |
| | | GORDON SILVER |
| 3 | | 100 West Liberty Street, Suite 940 |
| | | Reno, Nevada 89501 |
| 4 | | Telephone:   (775) 343-7500 |
| | | Facsimile:   (775) 786-0131 |

Gregory P. Stone (admitted pro hac vice)
gregory.stone@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

Peter A. Detre (admitted pro hac vice)
peter.detre@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
San Francisco, CA 94105-2907
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

**ATTORNEYS FOR DEFENDANT GOOGLE INC.**

IT IS SO ORDERED

_[signature]_

Hon. Valerie P. Cooke
United States Magistrate Judge

DATED: Oct. 4, 2013

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Watson Rounds, and that on this date a true and correct copy of the foregoing document, **JOINT REQUEST FOR ALL COUNSEL TO APPEAR AT OCTOBER 7, 2013 CASE MANAGEMENT CONFERENCE BY PHONE**, will be served upon counsel of record via electronic mail through the United States District Court's CM/ECF system.

Dated: October 4, 2013            /s/ Jeff Tillison
                                  An Employee of Watson Rounds