**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNWIRED PLANET LLC, | 3:12-CV-0504-MMD (VPC) |
| Plaintiff, | |
| vs. | **SCHEDULING ORDER** |
| GOOGLE INC., | October 28, 2013 |
| Defendant. | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:       LISA  MANN            REPORTER: NONE  APPEARING

COUNSEL FOR PETITIONER(S): NONE  APPEARING

COUNSEL FOR RESPONDENT(S): NONE  APPEARING

**MINUTE ORDER IN CHAMBERS:**

    Unwired Planet's motion to seal status report regarding items from the October 7, 2013 case management conference (#194) is **GRANTED**.   The status report and exhibits are filed and shall remain *under seal* (#195).   A redacted version of the status report and exhibits has also been filed on the public docket (#196).

    **IT IS SO ORDERED.**

                                                            LANCE S. WILSON, CLERK

                                            By:                        /s/
                                                            Deputy Clerk