Case 3:12-cv-00504-MMD-VPC   Document 221   Filed 12/13/13   Page 1 of 4

1  John P. Desmond (Nevada Bar No. 5618)
   jdesmond@gordonsilver.com
2  GORDON SILVER
   100 West Liberty Street, Suite 940
3  Reno, Nevada  89501
   Telephone:    (775) 343-7500
4  Facsimile:    (775) 786-0131

5  Gregory P. Stone (admitted pro hac vice)
   gregory.stone@mto.com
6  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, 35th Floor
7  Los Angeles, CA  90071-1560
   Telephone:    (213) 683-9100
8  Facsimile:    (213) 687-3702

9  Peter A. Detre (admitted pro hac vice)
   peter.detre@mto.com
10 MUNGER, TOLLES & OLSON LLP
   560 Mission Street
11 San Francisco, CA  94105-2907
   Telephone:    (415) 512-4000
12 Facsimile:    (415) 512-4077

13 Attorneys for Defendant
   GOOGLE INC.
14

```
____ FILED          ____ RECEIVED
____ ENTERED        ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

              DEC 19 2013

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY: _____ DEPUTY
```

15                 UNITED STATES DISTRICT COURT

16                        DISTRICT OF NEVADA

17

| 18 | Unwired Planet LLC, | |
|---|---|---|
| 19 | Plaintiff, | Case No. 3:12-cv-504-LRH-VPC |
| 20 | v. | |
| 21 | Google Inc., | |
| 22 | Defendant. | |
| 23 | AND RELATED COUNTERCLAIMS | |
| 24 | | |

25      **MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN EXHIBITS TO**
26           **THE CASE MANAGEMENT CONFERENCE STATEMENT**

27

28

- 1 -                                    MOTION FOR LEAVE TO FILE UNDER SEAL
                                         EXHIBITS TO DECEMBER CMC STATEMENT

21813235.1

Defendant Google Inc. ("Google"), by and through its counsel of record, hereby respectfully moves for permission to file under seal the Declaration of Ficus Kirkpatrick and the attached exhibit thereto, as well as Exhibit C submitted in support of Google's December 2013 Case Management Conference Report. This Motion is made pursuant to L.R. 10-5 and supported by the attached memorandum of points and authorities and all papers and pleadings on file herein.

## MEMORANDUM OF POINTS AND AUTHORITIES

The Declaration of Ficus Kirkpatrick and attached exhibit comprise or reference discovery materials that have been designated Highly Confidential by Unwired because they reference and discuss confidential Google source code and Google's internal technical documentation that has been produced by Google to Unwired as Protected Information under the Protective Order. Exhibit C to Google's December 2013 Case Management Conference Report contains references to proprietary and confidential technical details concerning Google's internal source code.

On June 5, 2013, this Court entered a Stipulated Protective Order (Dkt. No. 99). The Stipulated Protective Order contemplates three categories of information that are protected and collectively defines these categories as "Protected Information." *Id.* at 3. Relevant to the present motion is the category designated as Confidential, Confidential Outside Counsel Only and Restricted Confidential-Outside Counsel Only. *See id.* These categories of information includes "commercially sensitive competitive information." *Id.* at 5. The Stipulated Protective Order further provides that all "documents submitted to the Court which have been designated as Protected Information, or which contain information so designated, shall be filed under seal in a manner prescribed by the Court for such filings." *Id.* at 17.

Google therefore respectfully requests that the Court grant this Motion and permit Google to file Exhibit C to its December CMC statement, as well as the Declaration of Ficus Kirkpatrick and exhibit A thereto, under seal.

- 2 -

MOTION FOR LEAVE TO FILE UNDER SEAL
EXHIBITS TO DECEMBER CMC STATEMENT

21813235.1

| | | |
|---|---|---|
| 1 | DATED: December 13, 2013 | MUNGER, TOLLES & OLSON LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Peter E. Gratzinger |
| 5 | | Peter E. Gratzinger |
| 6 | | Attorneys for Defendant GOOGLE INC. |

IT IS SO ORDERED

/s/ Valerie P. Cooke

U.S. MAGISTRATE JUDGE

DATED: December 19, 2013

- 3 -

MOTION FOR LEAVE TO FILE UNDER SEAL
EXHIBITS TO DECEMBER CMC STATEMENT

21813235.1

**CERTIFICATE OF SERVICE**

I certify that I am an employee of MUNGER, TOLLES & OLSON LLP, and that on this date, pursuant to FRCP 5(b), I am serving a true and correct copy of the attached **MOTION FOR LEAVE TO FILE UNDER SEAL DECLARATION OF FICUS KIRKPATRICK AND ATTACHED EXHIBIT THERETO** on the parties as set forth below:

_____   Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, Reno, Nevada, postage prepaid, following ordinary business practices

_____   Certified Mail, Return Receipt Requested

_____   Via Facsimile (Fax)

_____   Via E-Mail

_____   Placing an original or true copy thereof in a sealed envelope and causing the same to be personally Hand Delivered

_____   Federal Express (or other overnight delivery)

XXX   EM/ECF Electronic Notification

addressed as follows:

Michael D. Rounds
mrounds@watsonrounds.com
Adam K. Yowell
ayowell@watsonrounds.com
Watson Rounds
5371 Kietzke Lane
Reno, NV  89511

Kevin L. Burgess
kburgess@mckoolsmith.com
Pierre J. Hubert
phubert@mckoolsmith.com
John M. Shumaker
jshumaker@mckoolsmith.com
McKool Smith, P.C.
300 W. 6th Street, Suite 1700
Austin, TX  78701

Theodore Stevenson, III
tstevenson@mckoolsmith.com
McKool Smith, P.C.
3000 Crescent Court
Suite 1500
Dallas, TX  75201

DATED this 13th day of December, 2013.

/s/   Peter E. Gratzinger

- 4 -   MOTION FOR LEAVE TO FILE UNDER SEAL
EXHIBITS TO DECEMBER CMC STATEMENT

21813235.1