```
____ FILED            ____ RECEIVED
____ ENTERED          ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

            DEC 19 2013

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY: _____ DEPUTY
```

1  Theodore Stevenson III (*pro hac vice*)
   Texas State Bar No. 19196650
2  tstevenson@mckoolsmith.com
   MCKOOL SMITH, P.C.
3  300 Crescent Court, Suite 1500
   Dallas, Texas 75201
4  Telephone: (214) 978-4000
   Fax: (214) 978-4044
5
   Kevin Burgess (*pro hac vice*)
6  Texas State Bar No. 24006927
   kburgess@mckoolsmith.com
7  Pierre Hubert (*pro hac vice*)
   Texas State Bar No. 24002317
8  phubert@mckoolsmith.com
   MCKOOL SMITH, P.C.
9  300 W. 6th St., Suite 1700
   Austin, Texas 78701
10 Telephone: (512) 692-8700
   Fax: (512) 692-8744
11
   Michael D. Rounds
12 Nevada State Bar No. 4734
   mrounds@watsonrounds.com
13 Ryan J. Cudnik
   Nevada State Bar No. 12948
14 rcudnik@watsonrounds.com
   Adam K. Yowell
15 Nevada State Bar No. 11748
   ayowell@watsonrounds.com
16 WATSON ROUNDS
   5371 Kietzke Lane
17 Reno, NV 89511-2083
   Telephone: (775) 324-4100
18 Fax: (775) 333-8171

19 *Attorneys for Plaintiff*

20
                    UNITED STATES DISTRICT COURT
21                        DISTRICT OF NEVADA

22
   UNWIRED PLANET LLC, a Nevada           Case No. 3:12-cv-00504-MMD-VPC
23 limited liability company,
                                              **UNWIRED PLANET'S**
24              Plaintiff,                    **MOTION TO SEAL**
                                              **CASE MANAGEMENT**
25              v.                            **CONFERENCE STATEMENT**

26 GOOGLE INC., a California corporation,

27              Defendant.

28

Plaintiff Unwired Planet LLC ("Plaintiff") moves this Court for an order to seal Unwired Planet's December Case Management Conference Statement, the Declaration of Kevin M. Kneupper and the exhibits attached thereto. These documents, along with Plaintiff's December Case Management Conference Statement, are filed concurrently with this motion. Pursuant to the Protective Order entered in this matter (Dkt. 99), "All transcripts of depositions, exhibits, answers to interrogatories, pleadings, briefs, and other documents submitted to the Court which have been designated as Protected Information, or which contain information so designated, shall be filed under seal in a manner prescribed by the Court for such filings." LR 10-5(b) provides in part "...papers filed with the Court under seal shall be accompanied by a motion for leave to file those documents under seal, and shall be filed in accordance with the Court's electronic filing procedures." Plaintiff's December Case Management Conference Statement and the Declaration of Kevin M. Kneupper (and the documents attached), contain and/or refer to information designated by the parties as CONFIDENTIAL – OUTSIDE ATTORNEY'S EYES ONLY or RESTRICTED CONFIDENTIAL – SOURCE CODE under the Protective Order.

Accordingly, to maintain the confidentiality of the documents and things pursuant to the June 4, 2013 Protective Order, Plaintiff requests that the above referenced Unwired Planet's December Case Management Conference Statement, Declaration of Kevin M. Kneupper and attachments be filed under seal. A publicly available version of Plaintiff's December Case Management Statement and Declaration and exhibits will be filed separately with the Court.

. . . . . . . . . .

. . . . . . . . . .

. . . . . . . . . .

Dated: December 13, 2013

Respectfully submitted,

WATSON ROUNDS

/s/ Michael D. Rounds
Michael D. Rounds
Nevada State Bar No. 4734
mrounds@watsonrounds.com
Ryan J. Cudnik
Nevada State Bar No. 12948
rcudnik@watsonrounds.com
Adam K. Yowell
Nevada State Bar No. 11748
ayowell@watsonrounds.com
WATSON ROUNDS
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: (775) 324-4100
Fax: (775) 333-8171

Theodore Stevenson III (*pro hac vice*)
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Fax: (214) 978-4044

Kevin Burgess (*pro hac vice*)
Texas State Bar No. 24006927
kburgess@mckoolsmith.com
Pierre Hubert (*pro hac vice*)
Texas State Bar No. 24002317
phubert@mckoolsmith.com
MCKOOL SMITH, P.C.
300 W. 6th St., Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Fax: (512) 692-8744

*ATTORNEYS FOR PLAINTIFF
UNWIRED PLANET LLC*

IT IS SO ORDERED

_____
United States Magistrate Judge
DATED: December 19, 2013

-3-

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Watson Rounds, and that on this date a true and correct copy of the foregoing document, **UNWIRED PLANET'S MOTION TO SEAL DECEMBER CASE MANAGEMENT CONFERENCE STATEMENT**, will be served upon counsel of record via electronic mail through the United States District Court's CM/ECF system.

Dated: December 13, 2013

/s/ Jeff Tillison
An Employee of Watson Rounds

-4-