# EXHIBIT A

| Patent | Accused Products | Pages of Infringement Contentions |
|---|---|---|
| U.S. Patent No. 6,292,657 ("'657 Patent"), filed Jul. 13, 1998, attached as Ex. B | Google Cloud Messaging, Cloud to Device Messaging, Google Apps Mobile Management, Google Play | 86 |
| U.S. Patent No. 6,895,240 ("'240 Patent"), filed Jul. 16, 2001, attached as Ex. C | Google Cloud Messaging, Cloud to Device Messaging, Google Apps Mobile Management, Google Play | 291 |
| U.S. Patent No. 6,654,786 ("'786 Patent"), filed Aug. 30, 2000, attached as Ex. D | Google Cloud Messaging, Cloud to Device Messaging | 42 |
| U.S. Patent No. 6,944,760 ("'760 Patent"), filed May 24, 2001, attached as Ex. E | Google Play | 8 |
| U.S. Patent No. 6,684,087 ("'087 Patent"), filed May 7, 1999, attached as Ex. F | Google Earth, Google Maps | 193 |
| U.S. Patent No. 6,662,016 ("'016 Patent"), filed May 5, 2000, attached as Ex. G | Google+, Google Latitude, Google My Location | 236 |