UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNWIRED PLANET LLC, | ) | 3:12-CV-0504-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 12, 2014 |
| | ) | |
| GOOGLE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN     REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The joint motion to amend the joint discovery plan and scheduling order regarding the submission of the joint claim construction and prehearing statement (#287) is **GRANTED** *nunc pro tunc*. The deadline to file the joint claim construction and prehearing statement was filed on May 7, 2014 (#297) and shall be considered timely filed.

Plaintiff's motion for leave to seal plaintiff's motion to compel necessary discovery from Google – docket #280 (#282) is **GRANTED**. Docket #280 is sealed and shall remain under seal.

Plaintiff inadvertently failed to seal a motion to compel filed on April 25, 2014 (#280). Defendant quickly recognized this motion contained confidential and proprietary information subject to the protective order and moved to seal the motion which has been granted by this order.[1] Defendant has now filed a motion for release of a PACER report related to docket #280 to determine who accessed docket #280 while it remained available to the public (#293). Plaintiff has filed a notice of non-opposition (#299). Therefore, defendant's motion to release PACER report related to docket #280 (#293) is **GRANTED**. The Clerk shall unseal the PACER report #286.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:      /s/
Deputy Clerk

---

[1] The motion was temporarily sealed by the Clerk of Court out of an abundance of caution on April 28. 2014 at the request of counsel.