**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNWIRED PLANET LLC,  3:12-CV-0504-MMD (VPC)

    Plaintiff,

vs.  **MINUTE ORDER**

GOOGLE INC.,  July 15, 2014

    Defendant.
_____/

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    The following motions to seal are **GRANTED**:   #s 360 & 364.   The sealed documents are filed and shall remain *under seal*.

    **IT IS SO ORDERED.**

                                LANCE S. WILSON, CLERK

                    By:                /s/
                              Deputy Clerk