UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNWIRED PLANET LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., a California corporation,<br><br>Defendant. | Case No. 3:12-cv-00504-MMD-VPC<br><br>ORDER |

Before the Court is defendant Google Inc.'s application for a status check as to the disposition of its Motion to Bifurcate Liability From Damages and Willfulness and to Stay Discovery and Proceedings Related to Damages and Willfulness (dkt. no. 261) pursuant to Local Rule 7-6(b) ("Motion to Bifurcate").  (Dkt. 415.) The Motion to Bifurcate was filed on April 4, 2014, and was ripe and fully submitted to the Court on May 1, 2014. The Court disposes of pending civil motions in chronological order, except for those motions that require disposition on an expedited basis. The Court is working on motions submitted after August 31, 2013, and will be moving through them chronologically. Defendants' Motion to Bifurcate does not fall within the category that requires expedited disposition and will therefore be decided in the order of pending motions in civil cases. Oral argument will be scheduled if the Court determines argument is necessary.

DATED THIS 18th day of September 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE