**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNWIRED PLANET LLC,                              3:12-CV-0504-MMD (VPC)

    Plaintiff,

vs.                                                                    **MINUTE ORDER**

GOOGLE INC.,                                                September 22, 2014

    Defendant.
_____/

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    The following motions to seal are **GRANTED**:  #s 384, 399 & 405.  The sealed documents are filed and shall remain *under seal.*

    **IT IS SO ORDERED.**

                                    LANCE S. WILSON, CLERK

                          By:            /s/
                                   Deputy Clerk