1 | John P. Desmond (Nevada Bar No. 5618)
jdesmond@gordonsilver.com
2 | GORDON SILVER
100 West Liberty Street, Suite 940
3 | Reno, Nevada 89501
Telephone:    (775) 343-7500
4 | Facsimile:    (775) 786-0131

5 | Gregory P. Stone (admitted pro hac vice)
gregory.stone@mto.com
6 | Peter E. Gratzinger (admitted pro hac vice)
peter.gratzinger@mto.com
7 | Adam R. Lawton (admitted pro hac vice)
adam.lawton@mto.com
8 | MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
9 | Los Angeles, CA 90071-1560
Telephone:    (213) 683-9100
10 | Facsimile:    (213) 687-3702

11 | Peter A. Detre (admitted pro hac vice)
peter.detre@mto.com
12 | Eric K. Chiu (admitted pro hac vice)
eric.chiu@mto.com
13 | Amy L. Greywitt (admitted pro hac vice)
amy.greywitt@mto.com
14 | MUNGER, TOLLES & OLSON LLP
560 Mission Street
15 | San Francisco, CA 94105-2907
Telephone:    (415) 512-4000
16 | Facsimile:    (415) 512-4077

17 | Attorneys for Defendant
GOOGLE INC.

18 |

19 | **UNITED STATES DISTRICT COURT**

20 | **DISTRICT OF NEVADA**

21 |

22 | Unwired Planet LLC,

23 |            Plaintiff,

24 |      vs.

25 | Google Inc.,

26 |            Defendant.

27 |

AND RELATED COUNTERCLAIMS

28 |

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT - 2 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Case No. 3:12-cv-504-MMD-VPC

**UNOPPOSED MOTION BY DEFENDANT GOOGLE TO SERVE SUPPLEMENTAL NON-INFRINGEMENT CONTENTIONS FOR THE '760 AND '016 PATENTS**

24386861.1

1    Pursuant to LR 16.1-12, Defendant Google Inc. ("Google"), by and through its

2  counsel of record, hereby respectfully submits this unopposed motion for leave to serve

3  supplemental non-infringement contentions for U.S. Patent No. 6,944,760 and 6,662,016.

4                    **MEMORANDUM OF POINTS AND AUTHORITIES**

5    Local Rule 16.1-12 provides that after the discovery cutoff date, supplemental

6  disclosures may only be served by order of the Court upon a timely showing of good cause.  Good

7  cause exists here because Google's non-infringement contentions are responsive to Plaintiff

8  Unwired Planet's ("Unwired") supplemental infringement contentions that were served close in

9  time to the discovery cutoff date.  Counsel for Google has provided copies of its proposed

10  supplemental contentions to counsel for Unwired, and counsel for Unwired has confirmed that it

11  does not oppose this motion.  The relevant dates are as follows:

12    **November 29, 2013**:  Unwired supplemental infringement contentions due.

13    **January 28, 2014**:  Google supplemental non-infringement contentions due.

14    **February 25 and May 23, 2014**:  Unwired serves further supplemental

15    infringement contentions for the '760 patent.

16    **March 4, May 16, and May 30, 2014**: Unwired serves further supplemental

17    infringement contentions for the '016 patent.

18    **May 30, 2014**:  Last day of fact discovery.

19    **August 12, 2014**:  Google provides Unwired with copies of supplemental non-

20    infringement contentions responsive to Unwired's further supplemental

21    contentions, and asks Unwired if Unwired will oppose a motion for leave to serve.

22    **September 24, 2014**: Unwired states that it does not oppose leave to serve the

23    supplemental non-infringement contentions.

24

25  >

26  >

27

28

Unopposed Mot. to Serve Supplemental Non-infringement contentions for the '760 and '016 Patents

1    Therefore, based on Google's timely showing of good cause as set forth above,

2  Google respectfully requests that its unopposed motion for leave to serve supplemental non-

3  infringement contentions for the '016 and '760 patents be granted.

4

5  DATED:  September 30, 2014          MUNGER, TOLLES & OLSON LLP

6

7                                          By:    _____/s/ Peter E. Gratzinger_____
                                                  Peter E. Gratzinger

8                                                 Attorneys for Defendant Google Inc.

9

10

11  IT IS SO ORDERED:

12

13

14  UNITED STATES MAGISTRATE JUDGE

15  Dated: _____October 2, 2014_____

16

17

18

19

20

21

22

23

24

25

26

27

28

Unopposed Mot. to Serve Supplemental Non-infringement contentions for the '760 and '016 Patents

1

## CERTIFICATE OF SERVICE

2     I certify that, on September 30, 2014, I served a true and correct copy of the

3 **UNOPPOSED MOTION BY DEFENDANT GOOGLE TO SERVE SUPPLEMENTAL**

4 **NON-INFRINGEMENT CONTENTIONS FOR THE '760 AND '016 PATENTS** upon the

5 following counsel of record through the Court's CM/ECF system:

6

7 Theodore Stevenson, III            Michael D. Rounds
  Kevin L. Burgess                   Adam K. Yowell
8 Pierre J. Hubert                   Ryan J. Cudnik
  David Sochia                       WATSON ROUNDS
9 Kevin M. Kneupper                  5371 Kietzke Lane
  Nicholas M. Mathews                Reno, NV 89511
10 James E. Quigley
   Mario A. Apreotesi
11 Ashley N. Moore
   Warren Lipschitz
12 MCKOOL SMITH P.C.
   3000 Crescent Court, Suite 1500
13 Dallas, TX 75201

14

15

16 DATED:  September 30, 2014

17

18                                         /s/ Peter E. Gratzinger
                                  _____

19

20

21

22

23

24

25

26

27

28

24386861.1                          - 3 -