UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNWIRED PLANET LLC,<br><br>           Plaintiff,<br><br>   v.<br><br>GOOGLE INC.,<br><br>           Defendant, | Case No. 3:12-cv-00504-MMD-VPC<br><br>AMENDED ORDER |

The Court's Order granting in part and denying in part Defendant's Motion for Appointment of Technical Advisor directed the parties to submit names of technical advisor candidates and proposed procedural safeguards. (Dkt. no. 285.) The parties have timely filed the Joint Submission Regarding Appointment of a Technical Advisor (dkt. no. 321). Having reviewed the Joint Submission, the curricula vitae of the proposed technical advisors and good cause appearing, the Court appoints Richard Egan as the neutral technical advisor for this case. The terms and scope of Richard Egan's appointment are as follows:

1. The technical advisor's role is to aid the Court to understand the relevant scientific evidence and provide tutelage concerning the relevant technology. The Court may request from the technical advisor a formal written report that will be made part of the record, but the Court also may have informal communications with the technical advisor that are not included in any formal written report. Any such informal verbal

communications must be recorded and/or reported for the record under seal and may be transcribed and unsealed by order of the Court after the conclusion of this case. Any such written informal communications will similarly be filed under seal and may be unsealed by the Court after the conclusion of this case. The parties will have twenty-one (21) days to respond to any formal written report made part of the record.

2. The technical advisor's advice to the Court will be based only on information and evidence found in the record. The technical advisor will make no written findings of fact and will not supply any evidence to the Court. The technical advisor will not be an "expert witness" under the Federal Rules of Evidence; and the provisions of the Federal Rules of Evidence governing deposing and questioning expert witnesses will be inapplicable to the technical advisor. The technical advisor will not make any statements or presentations to the jury in this case.

3. The technical advisor may attend any court proceedings, and review any documents submitted to the Court. The technical advisor will be bound by the terms of the Protective Order in this case.

4. The technical advisor will have no contact with the parties or their counsel except for billing purposes. The technical advisor's fees will be divided equally between the parties.

5. The technical advisor will file a declaration stating that he will adhere to the terms of his appointment.

It is so ordered.

DATED THIS 10th day of October 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE