Theodore Stevenson III (*pro hac vice*)
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Fax: (214) 978-4044

Kevin Burgess (*pro hac vice*)
Texas State Bar No. 24006927
kburgess@mckoolsmith.com
Pierre Hubert (*pro hac vice*)
Texas State Bar No. 24002317
phubert@mckoolsmith.com
MCKOOL SMITH, P.C.
300 W. 6th St., Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Fax: (512) 692-8744

Michael D. Rounds
Nevada State Bar No. 4734
mrounds@watsonrounds.com
Adam K. Yowell
Nevada State Bar No. 11748
ayowell@watsonrounds.com
WATSON ROUNDS
5371 Kietzke Lane
Reno, Nevada 89511-2083
Telephone: (775) 324-4100
Fax: (775) 333-8171

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNWIRED PLANET LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., a California corporation,<br><br>Defendant. | Case No. 3:12-cv-00504-MMD-VPC<br><br>**UNOPPOSED MOTION TO EXTEND DEADLINE TO COMPLY WITH ORDER GRANTING DEFENDANT GOOGLE'S MOTION TO COMPEL SUPPLEMENTARY INFRINGEMENT CONTENTIONS [DKT. NO. 438]**<br><br>(First Request as to '087 Patent) |

Plaintiff Unwired Planet LLC ("UP"), by and through its counsel of record, hereby respectfully submits this unopposed motion for an extension to comply with the Court's order (dkt. 438) to supplement its contentions as to the '087 patent to November 28, 2014.

## MEMORANDUM OF POINTS AND AUTHORITIES

On October 21, 2014 the Court granted Google's motion to compel supplementary infringement contentions. Dkt. No. 438. The Order requires UP to supplement its contentions for the '087 patent to specifically identify three items and provide pin citations to source code for one of the items. *Id.* at 1-2. The deadline for complying with this order is November 21, 2014. *Id.* at 1. The Court's order also denied, without prejudice with leave to refile, UP's motion for historic source code (dkt. 269), and stated that UP could refile its motion "upon UP's articulation of proper infringement contentions for the historic code, and subsequent noncompliance by Google with proper discovery requests pertaining to such code." *Id.* at 3.

UP has worked diligently to comply with the Court's order. UP has worked with its experts to supplement its contentions, and required additional review of Google's source code in order to do so. UP is currently reviewing Google's source code, and plans to continue doing so through November 26, 2014. UP plans to include citations from this review of Google's source code in its supplemental infringement contentions. However, given that the source code review is ongoing, UP expects that including such citations will take longer than the current deadline of November 21, 2014.

As a result, UP requests an extension to comply with the Court's order to supplement its contentions as to the '087 patent to November 28, 2014. UP has discussed this requested extension with Google, and Google has noted that it does not oppose UP's requested extension

-1-

Case 3:12-cv-00504-MMD-VPC   Document 446   Filed 11/20/14   Page 3 of 5

until November 28, 2014. UP has not requested, nor has the Court granted, any previous extension to comply with the Court's October 21st order with respect to the '087 patent.

Therefore, based on the above, UP respectfully requests that its unopposed motion for an extension to comply with the Court's order to supplement its contentions as to the '087 patent to November 28, 2014 be granted.

Dated:  November 20, 2014                    Respectfully submitted,

WATSON ROUNDS

*/s/ Michael D. Rounds*

Michael D. Rounds
Nevada State Bar No. 4734
mrounds@watsonrounds.com
Adam K. Yowell
Nevada State Bar No. 11748
ayowell@watsonrounds.com
WATSON ROUNDS
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: (775) 324-4100
Fax: (775) 333-8171

Theodore Stevenson III (*pro hac vice*)
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Fax: (214) 978-4044

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Kevin Burgess (*pro hac vice*)
Texas State Bar No. 24006927
kburgess@mckoolsmith.com
Pierre Hubert (*pro hac vice*)
Texas State Bar No. 24002317
phubert@mckoolsmith.com
McKool Smith, P.C.
300 W. 6th St., Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Fax: (512) 692-8744

**ATTORNEYS FOR PLAINTIFF UP LLC**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 20, 2014

-3-

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Watson Rounds and that on this date a true and correct copy of the foregoing document will be served upon counsel of record, via electronic mail, through the United States District Court's CM/ECF system.

Dated:  November 20, 2014                    /s/ *Jeff Tillison*
                                              An Employee of Watson Rounds

-1-