John P. Desmond (Nevada Bar No. 5618)
jdesmond@gordonsilver.com
GORDON SILVER
100 West Liberty Street, Suite 940
Reno, Nevada 89501
Telephone:    (775) 343-7500
Facsimile:    (775) 786-0131

Gregory P. Stone (admitted pro hac vice)
gregory.stone@mto.com
Peter E. Gratzinger (admitted pro hac vice)
peter.gratzinger@mto.com
Adam R. Lawton (admitted pro hac vice)
adam.lawton@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

Peter A. Detre (admitted pro hac vice)
peter.detre@mto.com
Eric K. Chiu (admitted pro hac vice)
eric.chiu@mto.com
Amy L. Greywitt (admitted pro hac vice)
amy.greywitt@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
San Francisco, CA 94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

Attorneys for Defendant
GOOGLE INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Unwired Planet LLC, | Case No. 3:12-cv-504-MMD-VPC |
| Plaintiff, | **JOINT REPORT RE FACT DISCOVERY CONDUCTED BY MUTUAL AGREEMENT** |
| vs. | |
| Google Inc., | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

25207772.2

1    Pursuant to the Court's order of November 20, 2014 (Dkt. 445), the parties submit this
2 joint report regarding whether fact discovery continued past May 30 by mutual agreement. The
3 parties did in fact conduct all of the discovery listed in Dkt. 325 after the close of fact discovery by
4 mutual agreement, other than the third party deposition of former Unwired Planet executive Mr.
5 Peterschmidt, which Google is no longer pursuing.

6    With respect to the second issue in Docket 326, Google did not agree to include in Dkt.
7 325 a request to extend the fact discovery period for Unwired Planet to continue to pursue
8 document and deposition subpoenas that it had served on Facebook, Twitter, Snapchat,
9 WhatsApp, Apple, BlackBerry (formerly RIM), and Microsoft. On May 30, 2014, the last day of
10 fact discovery, Unwired Planet moved for further time to obtain that discovery. Dkt. 326 at 4-5.
11 Google opposed, arguing that the Scheduling Order should not be modified because Unwired
12 Planet had not been diligent in pursuing the discovery at issue. Dkt. 341 at 4-6. Subsequently,
13 after the close of fact discovery, BlackBerry produced some documents in response to Unwired
14 Planet's subpoena. In the parties' "Joint Notice Regarding Status of Pending Discovery Motions"
15 (Dkt. 434), Unwired Planet informed the Court that it has elected not to pursue any further
16 discovery from Facebook, Twitter, Snapchat, WhatsApp, Apple, BlackBerry, or Microsoft, but
17 that it wants to confirm that it may use the late-produced RIM documents:

> With respect to the portions [of Dkt. 326] dealing with subpoena
> responses, Unwired Planet has continued to negotiate with those
> third parties, and believes the only live issue relates to its subpoena
> to RIM. Unwired Planet received documents responding to its
> subpoena from RIM on June 3, 2014, three days after fact discovery
> closed, and believes it should be permitted to rely upon those
> documents for the reasons stated in the motion. All remaining relief
> except that previously mentioned is now moot.

Google does not object to Unwired Planet's use of the RIM documents produced on June 3, 2104 on the basis that they were produced three days after the close of fact discovery. Google reserves all other evidentiary objections to those documents. As a result of Google's agreement, the parties agree that the portion of Dkt. 326 dealing with subpoena responses is now moot.

25207772.2

- 1 -

**JOINT REPORT RE FACT DISCOVERY CONDUCTED BY MUTUAL AGREEMENT**

1  DATED: December 3, 2014	MUNGER, TOLLES & OLSON LLP

2

3
	By:	*/s/ Peter E. Gratzinger*
4		Peter E. Gratzinger
		Attorneys for Defendant Google Inc.
5

6  DATED: December 3, 2014	MCKOOL SMITH, P.C.

7

8
	By:	*/s/ Kevin Kneupper*
9		Kevin Kneupper
		Attorneys for Plaintiff Unwired Planet LLC
10

## CERTIFICATE OF SERVICE

I certify that, on December 3, 2014, I served a true and correct copy of **JOINT REPORT RE FACT DISCOVERY CONDUCTED BY MUTUAL AGREEMENT** upon the following counsel of record through the Court's CM/ECF system:

| | |
|---|---|
| Theodore Stevenson, III<br>Kevin L. Burgess<br>Pierre J. Hubert<br>David Sochia<br>Kevin M. Kneupper<br>Nicholas M. Mathews<br>James E. Quigley<br>Mario A. Apreotesi<br>Ashley N. Moore<br>Warren Lipschitz<br>MCKOOL SMITH P.C.<br>3000 Crescent Court, Suite 1500<br>Dallas, TX 75201 | Michael D. Rounds<br>Adam K. Yowell<br>Ryan J. Cudnik<br>WATSON ROUNDS<br>5371 Kietzke Lane<br>Reno, NV 89511 |

DATED: December 3, 2014

                                                         /s/ Peter E. Gratzinger