## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNWIRED PLANET LLC,                                3:12-CV-0504-MMD (VPC)

    Plaintiff,

vs.                                                **MINUTE ORDER**

GOOGLE INC.,                                       January 12, 2015

    Defendant.
_____/

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    The following motions to seal are **GRANTED**:   #s 390, 397, & 420.

    **IT IS SO ORDERED.**

                                      LANCE S. WILSON, CLERK

                           By:               /s/
                                    Deputy Clerk