## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNWIRED PLANET LLC,

      Plaintiff,

  v.

GOOGLE INC.,

      Defendant.

3:12-cv-00504-MMD-VPC

**MINUTES OF THE COURT**

January 13, 2015

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court are several motions: #s 276, 280/283, 385/386, and 396/398.

On December 12, 2014, Judge Du entered a claim construction order (#450), and also stayed damages discovery (#451). On December 15, this court ordered the parties to file a joint report (#452) indicating which discovery motions were subject to the stay. On January 2, 2015, Judge Du vacated all post-*Markman* case management deadlines (#454), pursuant to an agreement of the parties to file a stipulated judgment of non-infringement, which will facilitate appellate review of the claim construction order.

The parties reported to this court on January 9, 2015 (#455). They indicated that #s 276 and 385/386 are stayed, and also that #s 280/283 and 396/398, although not stayed, require no immediate action. In light of the developments in this case, the court **DENIES without prejudice and with leave to refile #**s 276, 280/283, 385/386, and 396/398. The court expressly advises the parties that they may refile these motions if warranted by future developments.

    **IT IS SO ORDERED.**

                      LANCE S. WILSON, CLERK

                      By:          /s/
                              Deputy Clerk