Theodore Stevenson III (*pro hac vice*)
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Fax: (214) 978-4044

Kevin Burgess (*pro hac vice*)
Texas State Bar No. 24006927
kburgess@mckoolsmith.com
Pierre Hubert (*pro hac vice*)
Texas State Bar No. 24002317
phubert@mckoolsmith.com
MCKOOL SMITH, P.C.
300 W. 6th St., Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Fax: (512) 692-8744

Michael D. Rounds
Nevada State Bar No. 4734
mrounds@watsonrounds.com
Adam K. Yowell
Nevada State Bar No. 11748
ayowell@watsonrounds.com
WATSON ROUNDS
5371 Kietzke Lane
Reno, Nevada 89511-2083
Telephone: (775) 324-4100
Fax: (775) 333-8171

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNWIRED PLANET LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:12-cv-00504-MMD-VPC<br><br>**STIPULATION AND PROPOSED PARTIAL FINAL JUDGMENT UNDER FED. R. CIV. P. 54(B) AND STAY OF CASE ACTIVITY** |

WHEREAS, pursuant to Federal Rule of Civil Procedure 54(b), Plaintiff Unwired Planet LLC ("Unwired Planet") and Defendant Google Inc. ("Google") (collectively with Unwired Planet, the "Parties") stipulate to entry of partial final judgment under Rule 54(b), and a stay of case activity pending the resolution of any appeal by Unwired Planet;

WHEREAS, the Court previously stayed litigation as to United States Patent Nos. 7,024,205, 7,203,752, and 7,463,151 (collectively, the "Stayed Patents") on January 27, 2014, Dkt. 233, pending *inter partes* review and covered business method review by the U.S. Patent and Trademark Office (the "PTO");

WHEREAS, the Parties previously stipulated to judgment of noninfringement of United States Patent Nos. 6,292,657, 6,895,240, 6,944,760, 6,684,087, and 6,662,016 (collectively, the "Asserted Patents") under the Court's claim construction order as set forth in Dkt. 464 on March 26, 2015;

WHEREAS, the Court granted the Parties' stipulation set forth in Dkt. 464 on March 27, 2015, Dkt. 466;

WHEREAS, the Court granted Google's motion for summary judgment of invalidity of United States Patent No. 6,292,657 on March 27, 2015, Dkt. 465;

WHEREAS, the Court granted-in-part Google's motion for summary judgment of invalidity of United States Patent No. 6,684,087 on May 26, 2015, Dkt. 470;

WHEREAS, Unwired Planet's claims for infringement of United States Patent Nos. 7,035,647 and 7,203,752 have been dismissed without prejudice, and Google's counterclaims as to United States Patent Nos. 7,035,647 and 7,203,752 remain pending, Dkt. 451;

WHEREAS, Unwired Planet's claim for infringement and Google's counterclaim for a declaratory judgment of non-infringement of United States Patent No. 6,654,786 have been dismissed with prejudice, and Google's counterclaim for a declaratory judgment of invalidity of United States Patent No. 6,654,786 has been dismissed without prejudice, Dkt. 371;

WHEREAS, the PTO has found all asserted claims of the Stayed Patents to be unpatentable;

WHEREAS, Unwired Planet has filed notices of appeal from certain of the PTO's final written decisions regarding U.S. Patent No. 7,024,205 and 7,203,752;

WHEREAS, Unwired Planet has not filed a notice of appeal from the PTO's final written decisions regarding U.S. Patent No. 7,463,151 and its deadline for doing so has expired;

WHEREAS, entering partial final judgment under Rule 54(b) now will allow the parties to forgo further litigation in this Court, while preserving Unwired Planet's right to appeal the Court's claim construction and invalidity summary judgment orders;

WHEREAS, the Parties respectfully request that the Court determine that there is no just reason for delay and enter partial final judgment pursuant to Federal Rule of Civil Procedure 54(b) to conserve judicial resources and to avoid the time and expense of further discovery and motion practice;

WHEREAS, consistent with the judicial economy that is promoted by the entry of such a partial final judgment pursuant to Federal Rule of Civil Procedure 54(b), the Parties propose that the Court stay all case activity and indefinitely extend all case deadlines until any appeal is finally resolved;

WHEREAS, upon entry of partial final judgment pursuant to Federal Rule of Civil Procedure 54(b), Unwired Planet intends to file a notice of appeal of the Court's partial final judgment; and

WHEREAS, in the event that the Federal Circuit dismisses Unwired Planet's appeal as premature, Unwired Planet reserves the right (which Google does not contest) to undertake further proceedings in this Court on remand to complete the record for appeal,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, subject to the approval of the Court, that the proposed judgment attached hereto as Exhibit A should be entered.

///

///

-2-

| | | |
|---|---|---|
| Dated: August 5, 2015 | Respectfully submitted, | |

                        WATSON ROUNDS

                        */s/ Michael D. Rounds*
                        Michael D. Rounds
                        Nevada State Bar No. 4734
                        mrounds@watsonrounds.com
                        Adam K. Yowell
                        Nevada State Bar No. 11748
                        ayowell@watsonrounds.com
                        WATSON ROUNDS
                        5371 Kietzke Lane
                        Reno, Nevada 89511
                        Telephone: (775) 324-4100
                        Fax: (775) 333-8171

                        Theodore Stevenson III (*pro hac vice*)
                        Texas State Bar No. 19196650
                        tstevenson@mckoolsmith.com
                        MCKOOL SMITH, P.C.
                        300 Crescent Court, Suite 1500
                        Dallas, Texas 75201
                        Telephone: (214) 978-4000
                        Fax: (214) 978-4044

                        Kevin Burgess (*pro hac vice*)
                        Texas State Bar No. 24006927
                        kburgess@mckoolsmith.com
                        Pierre Hubert (*pro hac vice*)
                        Texas State Bar No. 24002317
                        phubert@mckoolsmith.com
                        MCKOOL SMITH, P.C.
                        300 W. 6th St., Suite 1700
                        Austin, Texas 78701
                        Telephone: (512) 692-8700
                        Fax: (512) 692-8744

                        ***ATTORNEYS FOR PLAINTIFF***
                        ***UNWIRED PLANET LLC***


                        **DICKINSON WRIGHT PLLC**

                        /s/ *John P. Desmond*
                        John P. Desmond
                        Nevada State Bar No.5618
                        jdesmond@dickinson-wright.com
                        DICKINSON WRIGHT PLLC
                        100 West Liberty Street, Suite 940
                        Reno, Nevada 89501
                        Telephone: (775) 343-7500
                        Fax: (775) 786-0131

Gregory P. Stone (*pro hac vice*)
gregory.stone@mto.com
Peter E. Gratzinger (*pro hac vice*)
peter.gratzinger@mto.com
Adam R. Lawton (*pro hac vice*)
adam.lawton@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Fax: (213) 687-3702

Peter A. Detre (*pro hac vice*)
peter.detre@mto.com
Eric K. Chiu (*pro hac vice*)
eric.chiu@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Fax: (415) 512-4077

***ATTORNEYS FOR DEFENDANT GOOGLE INC.***

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Watson Rounds, and that on this date a true and correct copy of the foregoing document, **STIPULATION AND PROPOSED PARTIAL FINAL JUDGMENT UNDER FED. R. CIV. P. 54(B) AND STAY OF CASE ACTIVITY**, will be served upon counsel of record via electronic mail through the United States District Court's CM/ECF system.

Dated:  August 5, 2015            /s/ *Jeff Tillison*
                                  An Employee of Watson Rounds

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNWIRED PLANET LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:12-cv-00504-MMD-VPC<br><br>~~[PROPOSED]~~ PARTIAL FINAL JUDGMENT AND STAY |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. JUDGMENT of non-infringement of United States Patent Nos. 6,292,657, 6,895,240, 6,944,760, 6,684,087, and 6,662,016 (pursuant to the Parties' stipulation set forth in Dkt. 464, which was granted in Dkt. 466), and invalidity of claim 16 of United States Patent No. 6,292,657 and claims 17 and 31 of United States Patent No. 6,684,087 (pursuant to the Court's summary judgment orders in Dkt. 465 and Dkt. 470) is entered pursuant to Federal Rule of Civil Procedure 54(b) in favor of Google.

2. The Court dismisses with prejudice Unwired Planet's claim of infringement of U.S. Patent No. 7,463,151.

3. The Court dismisses without prejudice Google's unadjudicated counterclaims for declaratory judgments of invalidity of United States Patent Nos. 6,292,657, 6,895,240,

1 | 6,944,760, 6,684,087, 6,662,016, and 7,463,151.  Those counterclaims may be reinstated in the event this matter is remanded for any reason, including for further consideration.

4.  The Court expressly finds that there is no just reason for delay of entry of judgment pursuant to Federal Rule of Civil Procedure 54(b).

5.  The Court will not make a determination as to the prevailing party in this case, and the time limits to file a bill of costs or file a motion for attorney's fees shall not begin to run, until such time as final judgment is entered as to all claims.

6.  Unwired Planet's claim as to U.S. Patent No. 7,024,205 and Google's counterclaims as to U.S. Patent Nos. 7,024,205, 7,035,647, and 7,203,752 remain pending. All case activities that remain pending are hereby STAYED until such time as the Court, on its own motion or upon motion of either party, seeks to lift the stay.

7.  The Clerk is directed to enter this judgment and administratively close the case.

DATED: __August 5, 2015__            _____
                                                              Honorable Miranda M. Du
                                                              United States District Judge