1  John P. Desmond (Nevada Bar No. 5618)
   JDesmond@dickinson-wright.com
2  DICKINSON WRIGHT
   100 West Liberty Street, Suite 940
3  Reno, Nevada  89501
   Telephone:     (775) 343-7500
4  Facsimile:     (775) 786-0131

5  Gregory P. Stone (admitted pro hac vice)
   gregory.stone@mto.com
6  Peter E. Gratzinger (admitted pro hac vice)
   peter.gratzinger@mto.com
7  Adam R. Lawton (admitted pro hac vice)
   adam.lawton@mto.com
8  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, 35th Floor
9  Los Angeles, CA 90071-1560
   Telephone:     (213) 683-9100
10 Facsimile:     (213) 687-3702

11 Peter A. Detre (admitted pro hac vice)
   peter.detre@mto.com
12 Eric K. Chiu (admitted pro hac vice)
   eric.chiu@mto.com
13 Amy L. Greywitt (admitted pro hac vice)
   amy.greywitt@mto.com
14 MUNGER, TOLLES & OLSON LLP
   560 Mission Street
15 San Francisco, CA  94105-2907
   Telephone:     (415) 512-4000
16 Facsimile:     (415) 512-4077

17 Attorneys for Defendant
   GOOGLE INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Unwired Planet LLC, | Case No. 3:12-cv-504-MMD-VPC |
| Plaintiff, | **UNOPPOSED MOTION TO MODIFY STAY OF DISCOVERY** |
| vs. | |
| Google Inc., | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

31568529.2

Google submits this unopposed motion to modify the stay of discovery in this case (ECF No. 233 and ECF No. 472) for the limited purpose of serving the third-party document subpoenas attached hereto as Exhibits A to C.  The subpoenas are targeted to relevant, recently-created documents concerning the sale of the patents at issue in this litigation.  Because the documents are in the possession of third parties, it is appropriate to modify the existing stay to permit the attached subpoenas and ensure the preservation of these documents.  The parties have met and conferred, and Plaintiff Unwired Planet LLC ("Plaintiff") does not oppose the requested relief.  Plaintiff reserves all of its rights to make objections to the subpoenas after the subpoenas are served.

## I.    BACKGROUND

Plaintiff's Complaint alleged infringement of ten patents.  Discovery as to three of those patents was stayed pending proceedings in the Patent and Trademark Office ("PTO").  ECF No. 233 at 12.  All seven of the remaining patents, as well as two of the three stayed patents, were subsequently dismissed. ECF No. 371; ECF No. 451 at 7;  ECF No. 472.  The claims that remain pending in this Court are Plaintiff's claim of infringement for one of stayed patents, United States Patent No. 7,024, 205 (the '205 patent), as well as certain counterclaims.  Pursuant to the Court's August 8, 2015 Partial Final Judgment, discovery and case deadlines as to the '205 patent remain stayed.  *See* ECF No. 472.

On June 30, 2016, Plaintiff's previous owner, Great Elm Capital Group, Inc. (formerly Unwired Planet, Inc., and referred to herein as "Great Elm") closed its sale of its intellectual property business, including its ownership of Plaintiff, which in turn owns the patents asserted in this case, to Optis UP, LLC, a subsidiary of PanOptis Holdings LLC.  Ex. D.  As explained in Great Elm's proxy statement filed with the SEC on May 25, 2016, the sale was the culmination of a months-long process of Great Elm shopping the intellectual property assets of Plaintiff to various potential purchasers.  Ex. E at 26-31.  In conjunction with the sale process, Great Elm was advised by a firm called Black Stone IP to provide a valuation analysis of those intellectual property assets and present them to the board of Great Elm.  *Id.* at 31.

The parties have met and conferred regarding the preservation of documents associated with the transaction. Plaintiff has stated that "most, if not all, of the documents" are "not in the possession, custody, or control of Unwired Planet LLC," but rather, were retained by Great Elm and Black Stone IP. Ex. F. Google also sent letters to Great Elm and Black Stone IP, requesting confirmation that relevant documents relating to the valuation and sale of Plaintiff's intellectual property (including the patents in suit) were being preserved. Ex. G, H. Neither Great Elm nor Black Stone IP responded. Gratzinger Decl. ¶ 3.

## II.     ARGUMENT

The Court has the inherent power to modify its stay order to allow for the limited discovery sought by Google. The current stay pending PTO review of the '205 patent is discretionary, and arose from the Court's inherent authority to manage its own docket. *See Ethicon, Inc. v. Quigg*, 849 F.2d 1422, 1426–27 (Fed. Cir. 1988) ("Courts have inherent power to manage their dockets and stay proceedings, including the authority to order a stay pending conclusion of a PTO reexamination."). As a necessary consequence, the Court also has the inherent power to lift or modify that stay. *See, e.g.*, *World Chess Museum, Inc. v. World Chess Fed'n, Inc.*, No. 2:13-CV-00345-RCJ, 2015 WL 2185997, at *2 (D. Nev. May 7, 2015) (modifying stay pending parallel proceedings to permit limited discovery).

The stay should be modified because the documents sought by Google are potentially relevant to Plaintiff's damages claims related to its claim for infringement of the '205 patent. *See, e.g.*, *Oracle Am., Inc. v. Google Inc.*, No. C 10-03561 WHA, 2012 WL 877125, at *3 (N.D. Cal. Mar. 15, 2012) ("Fair Value" analysis of patent portfolio prepared in connection with patent acquisition was relevant to reasonable royalty analysis). Plaintiff has taken the position that the documents are for the most part not in its possession, custody, or control, and the third parties have not been responsive. Limited discovery through targeted third-party document subpoenas is therefore an efficient and effective way to ensure that the documents are preserved. *See, e.g.*, *Ervine v. S.B.*, No. 11 C 1187, 2011 WL 867336, at *2 (N.D. Ill. Mar. 10, 2011) (authorizing the issuance of limited third-party discovery prior to identification of plaintiff, and noting that receipt of subpoenas will put third parties on notice of their document preservation obligations).

## III. CONCLUSION

For the foregoing reasons, Google respectfully requests that the Court grant this unopposed motion to modify the stay orders at ECF No. 233 and ECF No. 472 to permit Google to issue the third-party document subpoenas attached hereto as Exhibits A to C.

DATED: July 29, 2016                MUNGER, TOLLES & OLSON LLP

By:  */s/ Peter E. Gratzinger*
     Peter E. Gratzinger
Attorneys for Defendant Google Inc.

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

Dated: August 2, 2016

# Exhibit H

[Letter from Google's counsel to Black Stone IP (June 22, 2016)]

# Exhibit H

## MUNGER, TOLLES & OLSON LLP

355 SOUTH GRAND AVENUE
THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-2907
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

June 22, 2016

Writer's Direct Contact
(213) 683-9513
(213) 683-4013 FAX
peter.gratzinger@mto.com

**VIA EXPRESS MAIL**

Elvir Causevic
Chief Executive Officer
Black Stone IP
71 Stevenson Street, Suite 800
San Francisco, CA 94015

Re: *Unwired Planet LLC v. Google Inc.*, No. 12-cv-504 (D. Nev.)

Dear Mr. Causevic:

       My law firm represents Google in the above-referenced litigation with Unwired Planet LLC. In this letter, we refer to Unwired Planet, Inc., Unwired Planet LLC, and related entities, as "Unwired Planet." We understand that you met with Unwired Planet executives in November 2015, and Unwired Planet subsequently retained your firm to advise regarding the valuation and sale of Unwired Planet's patent licensing business. We write regarding the preservation of certain documents that are likely to be relevant to the ongoing litigation between Unwired Planet LLC and Google.

       Documents likely to be relevant to Unwired Planet LLC's claims against Google include (1) documents that Unwired Planet made available to Black Stone IP relating to the value

MUNGER, TOLLES & OLSON LLP

Elvir Causevic
June 22, 2016
Page 2

of its IP portfolio, (2) written communications between Black Stone IP and Unwired Planet, (3) Black Stone IP's notes of communications with Unwired Planet management, and (4) Black Stone IP's analyses, draft reports, and final reports. Please confirm that Black Stone IP is preserving all such documents and will continue to do so during the pendency of the litigation between Google and Unwired Planet LLC.

       We look forward to your prompt reply. As I will be on vacation from June 27 – July 8, please do not hesitate to reach out to my colleague, Adam Lawton, at (213) 683-9105.

Very truly yours,

*Peter Gratzinger*

Peter E. Gratzinger

cc: Adam Lawton

My Profile | Support | Locations | English | Search or tracking number | Sub

**FedEx.** | Shipping | Tracking | Manage | Learn | FedEx Office® | Login

## FedEx Tracking

**783420937880**

Ship date:
**Wed 6/22/2016**

Los Angeles, CA US

**Delivered**
Signed for by: S FAIR

Actual delivery:
**Thu 6/23/2016 12:54 pm**

SAN FRANCISCO, CA US

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| 6/23/2016 - Thursday | | |
| 12:54 pm | Delivered | SAN FRANCISCO, CA |
| 7:48 am | On FedEx vehicle for delivery | SAN FRANCISCO, CA |
| 6:48 am | At local FedEx facility | SAN FRANCISCO, CA |
| 3:52 am | At destination sort facility | SAN FRANCISCO, CA |
| 3:15 am | Departed FedEx location | OAKLAND, CA |
| 6/22/2016 - Wednesday | | |
| 10:59 pm | Arrived at FedEx location | OAKLAND, CA |
| 8:00 pm | Left FedEx origin facility | LOS ANGELES, CA |
| 5:38 pm | Picked up | LOS ANGELES, CA |
| 2:11 pm | Shipment information sent to FedEx | |

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 783420937880 | Service | FedEx Standard Overnight |
| Weight | 0.5 lbs / 0.23 kgs | Delivered To | Receptionist/Front Desk |
| Total pieces | 1 | Total shipment weight | 0.5 lbs / 0.23 kgs |
| Terms | Shipper | Shipper reference | 28082-00002-Gratzinger |
| Packaging | FedEx Envelope | Special handling section | Deliver Weekday, No Signature Required |

FedEx.

Search or tracking number | Sub

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations
Subscribe to FedEx email

**Featured Services**
FedEx Delivery Manager
FedEx SameDay
FedEx Home Delivery
FedEx TechConnect
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx CrossBorder
FedEx SupplyChain

**Follow FedEx**

United States - English

© FedEx 1995-2016 | Global Home | Site Map | fedex.com Terms of Use | Security and Privacy